## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

### Case No.: 3:22-cv-171

JOSEPH PATRICK; JERRICKA KELLY,
on behalf of themselves and others similarly situated

**CLASS ACTION**

      Plaintiffs,

v.

DELTA AIRLINES, INC., a Georgia Corporation;
PFIZER, INC., a New York Corporation;
and UNITED STATES OF AMERICA

      Defendants.

_____/

## PLAINTIFFS CLASS ACTION COMPLAINT FOR DAMAGES AND FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF, AND <u>DECLARATORY RELIEF</u>

Plaintiffs, JOSEPH PATRICK ("Patrick") and JERRICKA KELLY ("Kelly") (together, "Plaintiffs"), file this Class Action Complaint for Damages, and Preliminary, Permanent, Injunctive, and Declaratory Relief against DELTA AIRLINES, INC., a Georgia Corporation ("Delta"); PFIZER, INC., a New York Corporation ("Pfizer"); and THE UNITED STATES OF AMERICA ("United States;" "Government;" or "Employer") and allege as follows:

## NATURE OF ACTION

1.  While the Supreme Court recently emphasized how "even in a pandemic, the Constitution cannot be put away and forgotten," it has been cavalierly disregarded in the handling of COVID-19 – particularly under the current administration. *Roman Catholic Diocese of Brooklyn v. Cuomo*, 141 S. Ct. 63, 68 (2021).

2.  From the unlawful Executive Orders to the private employers like Delta incentivizing, requiring, or coercing its employees to take harmful and oftentimes deadly COVID-19 vaccines as a condition of employment, America's identify as the "shining city on a hill[1]" appears to have become a dark shadow of its former self; and like Paul's cry to the city of Ephesus, the United States needs to "Awake" before it is too late. The Bible, Ephesians 5:14 (King James Version).

3.  There is no pandemic exception to the United States Constitution; and it is imperative that the procedural safeguards and protections contained therein be strictly followed and always serve as the country's guidepost – especially during uncertain, turbulent times. As stated by Justice Hughes in *Home Building & Loan Assn. v. Blaisdell*, 290 U.S. 398, 425-426 (1934):

> Emergency does not create power. Emergency does not
> increase granted power or remove or diminish the restrictions

---

[1] President Ronald Reagan's Farewell Address to the Nation, January 11, 1989. Available at: https://www.reaganlibrary.gov/archives/speech/farewell-address-nation (On January 14, 2022).

imposed upon power granted or reserved. The Constitution was adopted in a period of grave emergency. Its grants of power to the federal government and its limitations of the power of the states were determined in the light of emergency, and they are not altered by emergency.

4.   The Constitution enumerates those powers delegated to each branch of the federal government with all others reserved to the States (i.e., historical police powers such as health, safety, and welfare) as expressed or codified in part by the Nineth, Tenth, and Fourteenth Amendments.

5.   The problem here, however, are powers have been unlawfully delegated by the government to the private sector toward big corporations like Delta and Pfizer; while States' or We the Peoples' rights have been trampled on and eclipsed. In short, should any behavior be curtailed in the name of health/safety, such decisions ought to be made in accordance with and pursuant to the traditions our founders intended and the Constitution – they must be left for the States. *Jacobson   v. Commonwealth of Massachusetts*, 197 U.S. 11, 22 (1905); *Cohens v. State of Virginia*, 19 U.S. 264, 313, 5 L. Ed. 257 (1821) ("All the powers not granted are retained by the States"); *See also Highland Farms Dairy v. Agnew*, 300 U.S. 608, 612 (1937) ("How power shall be distributed by a state among its governmental organs is commonly, if not always, a question for the state itself.").

6.  Within strict and heavily guarded parameters, all Americans have certain, fundamental, inalienable rights and civil liberties that cannot be abridged. These rights – like freedom of religion[2]; privacy or "the right to be let alone—the most comprehensive of rights and the right most valued by civilized man[3]"; meaningful access to courts[4]; people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures[5]; cruel and unusual punishment[6]; or the right to earn a living by a calling for one's choice[7] are not mutually exclusive and importantly, emanate from the same source: The United States Constitution.

7.  Coincidingly, The Federal Constitution generally sets the floor, not the ceiling, with regard to the extent of personal rights and freedoms afforded by the State of Florida. *State v. Kelly*, 999 So. 2d 1029 (Fla. 2008). The U.S. Constitution serves as a floor for basic freedoms whereas State constitutions, the ceiling. *State v. Washington*, 114 So. 3d 182 (Fla. 3d DCA 2012). In other words, while states may place more rigorous restraints on government intrusion than required by the Federal Constitution or statutes, states may not limit personal freedoms beyond

---

[2] U.S. Const. amend. I
[3] See *Olmstead v. United States*, 277 U.S. 438, 478 (1928) (dissent).
[4] It is beyond dispute that the right of access to the courts is a fundamental right protected by the Constitution." *Graham v. Nat'l Collegiate Athletic Ass'n*, 804 F.2d 953, 959 (6th Cir.1986).
[5] U.S. Const. amend. IV
[6] U.S. Const. amend. VIII
[7] *Truax v. Raich*, 239 U.S. 33, 41, (1915); *In re Griffiths*, 413 U.S. 717 (1973).

that which the U.S. Constitution guarantees. *Id. See also Advisory Opinion to Atty. Gen. re Term Limits Pledge*, 718 So. 2d 798, 804 (Fla. 1998) (concurring) citing *Gray v. Winthrop*, 115 Fla. 721, 156 So. 270 (1934); *Gray v. Moss*, 115 Fla. 701, 156 So. 262 (1934) (for proposition the U.S. Constitution must be taken into account and considered when addressing Florida's Constitution).

8.  The tenets of federalism have not been respected as evidenced by the decades of legislation passed and signed into law by Presidents (on both sides of the aisle) which has gone unchecked by the judiciary for *at least* the past six decades; which have whittled away at Americans' God-given rights. Through neglect and ostensibly design, the conflation of authority and illicit laws continue and remain in effect; resulting in unbridled, government and private employer actions that are seriously injuring and literally killing Americans daily.

9.  Through what appears to be some form of sleight of hand fascism or oligarchic technocracy, the current administration has sponsored large corporations' usurpation of the States' roles through its actions and sanctioned their indecency with silence.

10.  While the preamble to the Constitution may not itself be a source of power, if nothing else it memorializes our Nation's objectives and serves as a constant

reminder why "WE THE PEOPLE of the United States…" have consented to be governed by our chosen electorate – not corporate overlords.

11. Americans have agreed to forgo absolute freedom in exchange "to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity…" Preamble, U.S. Const. This social contract is codified in the Constitution and is between We the People and our government comprised of our chosen electorate. This cannot be overstated – it is the pulse of this lawsuit and the source of Plaintiffs' (if not most Americans) grievance: the Constitution outlines the contours as to how the United States will operate; and expressly delineates certain rights which the government promises to uphold and our armed forces swears to protect. This agreement is between Americans and our chosen electorate – not big tech, not big pharma, or any other corporation like Delta or Pfizer. *See e.g., Marsh v. State of Ala.*, 326 U.S. 501 (1946) (posing the question, "Can those people…be denied freedom of press and religion simply because a single company has legal title to all the town?). *Scott v. McNeal*, 154 U.S. 34, 45 (1894); *United States v. Cruikshank*, 92 U.S. 542, 559, 23 L. Ed. 588 (1875); *Bank of Columbia v. Okely*, 17 U.S. 235, 236, 4 L. Ed. 559 (1819).

12. It is axiomatic that Plaintiffs are protected from certain rights being infringed upon by the state which they have consented to be governed by; yet Congress, the judiciary, and apparently executive or presidential decree have held that private corporations cannot be found liable for the same infringements barring certain, rare exceptions[8]. Rhetorically, why would Americans be okay with having a legal vehicle to sue government "persons" who infringe their rights whose purpose exists to serve and protect them, but be deprived a legal remedy from Private Corporations who violate the same rights but whose sole purpose is to profit off their backs?  In short, Delta, Pfizer, nor any other corporation is permitted to abridge *or have the right to harm or kill Americans* rights simply because they have "Inc." behind their name (emphasis added).

13. The Supreme Court in *Jacobson* (1905) has already held that states have the authority to decide whether to impose a vaccine mandate. This sovereign power bestowed upon the states by the Constitution to make laws regarding the health, safety, and morals have not changed in the past century. What has changed,

---

[8] *See e.g., Civil Rights Cases*, 109 U.S. 3, 11, 3 S.Ct. 18, 21 27 L.Ed., 835 (1883); *Shelley v. Kraemer*, 334 U.S. 1, 13, 68 S.Ct. 836, 842, 92 L.Ed. 1161 (1948). *See e.g., Lugar v. Edmondson Oil Co.*, 457 U.S. 922, 926 (1982); *United States v. Price*, 383 U.S. 787, 794 (1966).

however, are the Court's recognition of these powers, their interpretation of the spirit of the Constitution, and the importance of individual liberty and autonomy.

14. This suit seeks to remedy this judicial amnesia and realign the power where it belongs – with the people.

## JURISDICTION, PARTIES, & VENUE

15. All conditions precedent to the maintenance of this action have occurred, been performed, or have been waived.

16. This Court has jurisdiction under 28 U.S.C. §1331 as the issues arise under the laws, treaties, and Constitution of the United States; 28 U.S.C. §1346 as the United States is a Defendant; 5 U.S.C. §§ 702–703, et. seq.; 28 U.S.C. §§1361, 2201–02; 28 U.S.C. §1651; the Constitution, and the Court's equitable powers.

17. Venue is proper under 28 U.S.C. §1391 as many Plaintiffs reside in this district; substantial parts of the acts or omissions giving rise to the need for a declaratory judgment action occurred in this district; and Plaintiffs have been affected by agency action 5 U.S. Code § 702-706.

18. At all times material, Plaintiff Patrick, resides in Florida. Both Patrick and Kelly are employed by Delta and have been subjected to Delta's, Pfizer's, and the Government's coercive, manipulative, or mandates to induce inoculation.

19. At all times material, Defendant, Delta., regularly conducts business and maintains a large workforce throughout Florida; and is otherwise sui juris. Among other things, Delta has implemented coercive, COVID-19 vaccine policies; as well as, discriminatory masks and PCR tests for all of its employees.

20. At all times material, Defendant, Pfizer, regularly conducts business and maintains a large workforce throughout Florida; and is otherwise sui juris. Among other things, Pfizer has manufactured and distributed COVID-19 vaccines; and benefited from the immunity laws and government subsidies at issue including the National Childhood Vaccine Injury Act of 1986; the Public Readiness and Emergency Preparedness Act (PREP Act); the Countermeasures Injury Compensation Program (CICP) / National Vaccine Injury Compensation Program (VICP) (which takes away a victim/American's right to a jury trial or have their grievance heard in court); Coronavirus Aid, Relief, and Economic Security Act (CARES Act); Section 546 of the Food, Drugs and Cosmetics Act (or "FDCA"); President Biden's Executive Orders No. 14042 and 14043; the Pandemic and All-Hazards Preparedness Reauthorization Act (PAHPRA); and amendments thereto.

21. Defendant, United States, includes all its executives, agencies, and branches.

## STATEMENT OF FACTS

### I.  GENERAL INFORMATION & OVERVIEW

22. By mid-March 2020, the "novel coronavirus," SARS-CoV-2, which can cause the disease, COVID-19, had spread worldwide and wreaked havoc on the United States' healthcare, economy, and well-being. While SARS-CoV-2 was called 'novel,' it was not some unrecognizable virus – just a new strain of coronavirus that resides in both humans and animals. SARS-CoV-2 behaves like SARS-CoV that emerged in China in 2002 which justifies why it was classified and named as such. SARS-CoV-2 has the same genetic structure, uses the same host cell receptor to begin the infection cycle, and causes the same disease as SARS-CoV in humans. *See* affidavit of Dr. Jennifer Smith at **Ex. C**.

23.  Alarmingly, the most novel aspects of SARS-CoV-2 and COVID-19 disease were the federal and state governments' responses. Due to the growing number of COVID-19 cases, former U.S. Health and Human Services ("HHS") Secretary, Alex M. Azar, II ("Azar"), determined that a public health emergency existed and a national emergency was declared. Among others, The Public Readiness and Emergency Preparedness Act (PREP) was invoked and the Coronavirus Aid, Relief, and Economic Security Act ("CARES"), H.R. 748, was introduced to Congress and signed into law shortly thereafter.

10

24.  Pursuant to Section 546 of the Food, Drugs and Cosmetics Act (or "FDCA"), Azar utilized 21 U.S.C. §360bbb-3, declared that the SARS-CoV-2 virus created a "public health emergency" that had significant potential to affect national security or trigger an "Emergency Declaration." Based on the Declaration, Operation Warp Speed was set in motion permitting COVID-19 vaccines to be developed for Emergency Use Authorization ("EUA") faster than any other vaccine in the Nation's history – with never-before-seen uninhibited, lack-of accountability, and disregard for process, safety, and regulation. It should also be noted that to date, early treatment, with natural and medicinal therapeutics (ivermectin, hydroxychloroquine, vitamin D, etc…) that have shown significant efficacy against the disease COVID 19, have been unconscionably suppressed by the government, all federal, state and world health agencies, corporate media, and corporations like United.  This suppression, along with the forced mass vaccination campaign, has cost American lives and lives around the world. All this while disregarding science and natural immunity. At no time was the fact addressed that the actual and documented survivability of the disease COVID-19 was over 98% for all age groups. This in itself should give pause to any attempt at a forced mass vaccination campaign at all.

25. Plaintiffs and their colleagues work for Delta and are presently being subjected to unlawful and dangerous COVID-19 inoculation incentives like having to pay $200 extra for insurance; and be subjected to discriminatory PCR tests and mask requirements on or around September 12, 2021 for employees who are not fully vaccinated. Likewise, Delta commands that Plaintiffs are required to wear mask inside Delta facilities who are not vaccinated – and encourages Plaintiffs and their colleagues to do so. "Delta's Health Insurance Surcharge Seems to Spark Vaccinations" available at: https://www.thestreet.com/investing/delta-health-insurance-surcharge-vaccinations.

26. Delta's mandate is absolute insomuch as there is no reasonable alternatives or accommodations as required by federal and state law.

27. Plaintiffs are being coerced and effectively being given an unconscionable ultimatum which violates numerous provisions of the United States, Florida Constitutions, and Nuremberg Codes: be uncomfortable and penalized at your jobs which afford them the ability to feed, clothe, and house their families – or – take an experimental, life-threatening vaccine.

28. The statistics regarding the COVID-19 vaccines are shocking. For the Court's consideration, five (5) highly qualified experts or doctors have provided

affidavits or sworn statements stating in their opinions, the COVID-19 vaccines which the government and employers are forcing upon the American workforce (Plaintiffs included) can cause significant harm or death. *See* affidavits/statements attached of Dr. Jennifer Smith (**Ex. C**), Dr. Jane Ruby (**Ex. D**), Dr. Ben Edwards (**Ex. E**), Dr. Peter McCullough (**Ex. F**), and Lieutenant Colonel Theresa Long (**Ex. G**).

29. Coincidingly, the January 07, 2022, OpenVaers.com data shows 1,033,992 Reports of adverse reactions and issues, which among other things, includes: 21,745 deaths, 11,754 hospitalizations, 112,235 requiring urgent care, 3,594 miscarriages, 11,055 heart attacks, and leaving 37,937 people permanently disabled. *See* https://openvaers.com/covid-data (and graphic below). This is particularly concerning as the total safety reports in VAERS for all vaccines up to 2019 was 16,320. By comparison, from 1999, until December 31, 2019, VAERS received 3167 death reports (158 per year) for all vaccines combined. And a 2011 report by Harvard Pilgrim Healthcare for DHHS[9] showed that fewer than 1% of all vaccine adverse events are reported to VAERS, suggesting the actual number of COVID-19 vaccine-related injuries is significantly higher.

---

[9] Harvard Pilgrim Health Care, Inc. Electronic System for Public Health Vaccine Adverse Events Reporting System *AHRQ* 2011 https://www.nvic.org/CMSTemplates/NVIC/Pdf/FDA/ahrq-vaers-report-2011.pdf



30.  This is supported by the World Health Organization's reporting of *over two million nine-hundred and sixty thousand* (2,961,255), adverse reactions to the vaccines have been reported to the WHO[10] including:

Blood and lymphatic system disorders (127397); Cardiac disorders (170756); Congenital, familial and genetic disorders (1843); Ear and labyrinth disorders (96812); Endocrine disorders (5158); Eye disorders (108473); Gastrointestinal disorders (577561); General disorders and administration site conditions (1760957); Hepatobiliary disorders (6425); Immune system disorders (48112); Infections and infestations (246728); Injury, poisoning and procedural complications (169832); Investigations (425507); Metabolism and nutrition disorders (64251); Musculoskeletal and connective tissue disorders (819934); Neoplasms benign, malignant and unspecified (incl cysts and polyps) (5363); Nervous system disorders (1229284); Pregnancy, puerperium and perinatal conditions (7683); Product issues (4420); Psychiatric disorders (138417); Renal and urinary disorders (25124); Reproductive system and breast disorders (146941); Respiratory, thoracic and mediastinal disorders (317029); Skin and subcutaneous tissue disorders (393138); Social circumstances (21665); Surgical and medical procedures (45958); Vascular disorders (156191).

---

[10] http://www.vigiaccess.org/ (searching covid-19 vaccine)

14

31. Additionally, a healthcare data analyst with access to Medicare/Medicaid data provided sworn testimony in a July 19, 2021, lawsuit[11] that the number of deaths occurring within just 3 days of injection with the COVID vaccines is *at least* 45,000.  There is no reasonable alternate cause for these deaths – these vaccines are killing Americans. This data is compulsory and verified; ergo, more accurate than VAERS or the World Health Organization's (vigiaccess.org).

32. Shockingly, just 2 ½ months after the FDA's issuance of the Comirnaty EUA, **according to Pfizer's own studies and documentation**, from December 01, 2021 – February 2021, there was a total of 42,086 case reports (25,379 medically confirmed and 16,707 non-medically confirmed) containing 158,893 'events':

> …in the overall dataset, were General disorders and administration site conditions (51,335 AEs), Nervous system disorders (25,957), Musculoskeletal and connective tissue disorders (17,283), Gastrointestinal disorders (14,096), Skin and subcutaneous tissue disorders (8,476), Respiratory, thoracic and mediastinal disorders (8,848), Infections and infestations (4,610), Injury, poisoning and procedural complications (5,590), and Investigations (3,693).

33. Notably, emerging data from Israel, one of the most heavily vaccinated countries in the world, illustrates that hospitalizations and deaths are primarily of

---

[11] *America's Frontline Doctors et al. Plaintiffs vs Xavier Becerra*, Secretary of the U.S. Department of Health and Human Services. Civil Action No. 2:21-cv-00702-CLM.  In the United States District Court for the Northern District of Alabama. Plaintiffs Motion for Preliminary Injunction. Filed 07/19/2021.

the vaccinated. Dr. Kobi Haviv, Israel's center for respiratory care director, reported on August 07, 2021, that 85-90% of hospitalizations are vaccinated individuals and that 95% of severe cases are vaccinated individuals[12]. This data indicates that vaccinated people are 4-times more likely to get Covid, get very sick, or even die than the unvaccinated. Furthermore, as reflected below, the vaccines do not work as advertised, purported, or represented:

THE SCALE OF THE COVID-19 INJECTION

# EFFICACY LIE

| | What they told you it did | What it actually does |
|---|---|---|
| | THE MARKETING LIE | THE LANCET STUDY |
| Jab Type | Relative Risk Reduction | Absolute Risk Reduction from Jab |
| Pfizer/BioNtech | 95.03% | 0.84% |
| Moderna (NIH) | 94.08% | 1.24% |
| Janssen | 66.62% | 1.19% |
| AstraZeneca/Oxford | 66.84% | 1.28% |

Source: www.thelancet.com/journals/lanmic/article/PIIS2666-5247(21)00069-0/fulltext
For more information please visit: doctors4covidethics.org

34. Meanwhile, the government or the Centers for Disease Control and Prevention ("CDC") espouses or promotes the following information[13]:

---

[12] https://13news.co.il/?utm_source=Reshet&utm_medium=bar_nivut_elyon_new13

[13] https://www.cdc.gov/coronavirus/2019-ncov/vaccines/keythingstoknow.html#:~:text=People%20can%20get%20a%20COVID,at%20the%20same%20time. (last accessed January 15, 2022).

16

**What You Need to Know**

- Everyone ages 5 and older can get vaccinated against COVID-19. Learn how to find a COVID-19 vaccine.
- COVID-19 vaccines are effective at helping protect against severe disease and death from the virus that causes COVID-19, including known variants currently circulating (e.g., Delta variant).
- The benefits of COVID-19 vaccination outweigh the known and potential risks, which are rare.
- As with other routine vaccines, side effects may occur after vaccination. These are normal and should go away within a few days.
- People who are fully vaccinated can resume many activities they did before the pandemic. However, people should wear a mask indoors in public if they are in an area of substantial or high transmission.
- If you received a Pfizer-BioNTech (ages 12 and older) or Moderna (ages 18 and older) mRNA COVID-19 vaccine primary series and have a moderately or severely compromised immune system, you should receive an additional primary dose of the same mRNA COVID-19 vaccine at least 28 days after the second dose.
- Everyone ages 16 years and older can get a booster shot. Pfizer-BioNTech or Moderna (mRNA COVID-19 vaccines) are preferred in most situations. Although mRNA vaccines are preferred, J&J/Janssen COVID-19 vaccine may be considered in some situations.
- Unlike many medications, COVID-19 vaccine dosage does not vary by patient weight but by age on the day of vaccination.
- People can get a COVID-19 vaccine and other vaccines, including flu vaccine, at the same time.

35. Plaintiffs have real, substantial, and legitimate concerns about taking one of the COVID-19 vaccines in light of the known injuries and deaths; as well as, those harms and dangers which are unknown. Coincidingly, Plaintiffs do not want to be treated differently in the workplace based on their vaccination status or asked about same; and maintain it is unlawful for the employer to do so.

36.  Similarly, Plaintiffs do not want to take PCR tests which are inaccurate and whose EUA has been revoked; or have to wear their vaccination status on their face with masks which cannot thwart or block the transmission of the SARS-CoV-2 virus or COVID-19 disease as noted in a National Center for Biotechnology Information, U.S. National Library of Medicine study: "while surgical masks provide a barrier against large respiratory particles, they are ineffective at providing protection from smaller particles. Surgical masks also do not prevent leakage around the mask when the user inhales. Therefore, surgical masks are ineffective and do not provide enough protection when performing direct care for patients with COVID.[14]"

37.  The effectiveness of masks in stopping the spread of SARS-COV-2 and/or COVID-19 is not supported by sound, scientific data; and studies have shown that wearing a mask for extended periods of time can actually be injurious to overall health. As such, masks would not be a reasonable alternative and would not serve a compelling interest of preserving public health because they cannot prevent infection or transmission of SARS-COV-2 or COVID-19. In fact, over a decade's

---

[14] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7831687/

worth of scientific studies regarding masks' use and their efficacy concluded they

do not prevent the spread of viruses like the flu:

- In 2009, the American Journal of Infection Control concluded "face mask use in health care workers was not demonstrated to provide benefit in terms of cold symptoms or getting colds." https://pubmed.ncbi.nlm.nih.gov/19216002/

- A year later, a study in Epidemiology and Infection entitled "Face masks to prevent transmission of influenza virus: A systematic review" found that "none of the studies reviewed showed a benefit from wearing a mask, in either health care workers or community members in households." https://www.cambridge.org/core/journals/epidemiology-and-infection/article/face-masks-to-prevent-transmission-of-influenza-virus-a-systematic-%20review/64D368496EBDE0AFCC6639CCC9D8BC05

- In 2012, researchers published a study called "The use of masks and respirators to prevent transmission of influenza: a systematic review of the scientific evidence" and found "There were 17 eligible studies. … None of the studies established a conclusive relationship between mask/respirator use and protection against influenza infection." https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5779801/

- In 2016, a study in the Canadian Medical Association Journal "found no significant difference between N95 respirators and surgical masks in associated risk of (a) laboratory-confirmed respiratory infection, (b) influenza-like illness, or (c) reported work-place absenteeism." https://www.cmaj.ca/content/188/8/567

- A 2019 study in the Journal of the American Medical Association determined that "among outpatient health care

personnel, N95 respirators vs medical masks as worn by participants in this trial resulted in no significant difference in the incidence of laboratory-confirmed influenza." https://jamanetwork.com/journals/jama/fullarticle/2749214

- And even a study published in the Journal of Evidence-Based Medicine on February 12, 2020, a month before America's COVID panic set in, concluded that "there were no statistically significant differences in preventing laboratory-confirmed influenza, laboratory-confirmed respiratory viral infections, laboratory-confirmed respiratory infection, and influenza-like illness using N95 respirators and surgical masks." https://onlinelibrary.wiley.com/doi/epdf/10.1111/jebm.12381

## II.   FDA APPROVAL

38. The FDA issued EUAs for Pfizer, Moderna, and J&J – the PfizerBioNTech Covid Vaccine on December 11, 2020[15], a week later the Moderna Vaccine[16], and most recently, the Johnson & Johnson Vaccine[17] ("vaccines"). Numerous memoranda and petitions, however, have been sent to the Government and private corporations concerning the approval/regulations of the COVID-19 vaccines and those laws and rules that have been usurped surrounding the COVID-19 vaccines.  *See e.g.* December 15, 2021, addressed to Defendant and other entities attached as **Exhibit A**.

---

[15] Pfizer-BioNtech Vaccine FAQ, FDA, bit.ly/3i4Yb4e (last visited August 27, 2021).
[16] Moderna, About Our Vaccine, bit.ly/2Vl4lUF (last visited August 27, 2021).
[17] EUA for Third COVID-19 Vaccine, FDA, bit.ly/3xc4ebk (last visited August 27, 2021).

39. Doctors from around the world, as well as, scientists, virologists, epidemiologists, and vaccine researchers have flooded the scientific community with data and studies exposing the dangers of these vaccines, their ineffectiveness, the unnecessary nature of them, and suitable, effective, alternative treatments for treating the SARS-CoV-2 virus and COVID-19 disease. This data alone should have prohibited the issuance and subsequent re-issuances of the EUA and/or Comirnaty's "full approval;" yet remarkably, the vaccines were not only authorized and renewed but the boosters that followed as well.

A.  <u>FDA Guidance on Testing and Review of COVID-19 Vaccines</u>

40. In June 2020, HHS, FDA, and the Center for Biologics Evaluation and Research ("CBER") issued guidance to vaccine developers on clinical and non-clinical testing and the procedures the FDA intended to apply in evaluating and approving COVID-19 vaccines[18]. The state-managed FDA did not follow standard procedures or industry recommendations. The June 2020 Industry Guidance included a number of recommendations that ultimately were not followed; in particular: (1) the inclusion in clinical trials of individuals with previous Covid

---

[18] *See* HHS, FDA & CBER, Development and Licensure of Vaccines to Prevent COVID-19: Guidance for Industry (June 2020) ("June 2020 Industry Guidance"), available at: https://www.fda.gov/media/139638/download (last visited October 11, 2021).

infections; (2) the inclusion of pregnant women; and (3) the use of clinical trials lasting "*at least one to two years*."

41. Notably, many of Plaintiffs contentions and concerns above are shared by others as evidenced by the Citizen Petition submitted by the Coalition Advocating for Adequately Licensed Medicines on July 23, 2021 in Docket No. FDA-2021-P-0786. ("Citizen Petition"). The FDA *denied* the Citizen Petition on August 23, 2021; which coincidently was the same day the FDA approved Comirnaty. See Comirnaty approval letter attached as **Exhibit B** (BLA).

B. Citizen Petition & FDA Response

42. On August 23, 2021, the FDA approved the May 18, 2021, Comirnaty application for individuals 16 years or older; and re-issued the EUA for the BioNTech Vaccine for individuals 16 years or older and for children aged 12 to 15 years, and expanded the EUA to cover a third "booster" shot for certain groups. The FDA Comirnaty Approval and BioNTech EUA Expansion thus licensed a vaccine and continued an existing EUA for the same group (individuals 16 years or older). In other words, the FDA has incorrectly asserted that the EUA BioNTech Vaccine and the conditionally approved Comirnaty Vaccine can be used "interchangeably." This is not the same and amounts to fraud.

43.  As explained above, this statement is contradictory and incorrect insofar as it suggests that an EUA Vaccine, manufactured and labeled in accordance with the EUA, may be treated as a licensed product. Conversely, it submits that the Comirnaty Vaccine can be used for "off-label" uses under the EUA, e.g., for a child under 16 or for a third "booster" dose for which there is no clinical trial data available.

44.  The FDA appears to acknowledge that the EUA BioNTech Vaccine and the conditionally licensed Comirnaty are not in fact "interchangeable." The Comirnaty Approval Letter approves the sale of Comirnaty Vaccine, as well as, the specific manufacturing facilities, processes, ingredients, storage, and distribution requirements that were not addressed in the EUA.

45. For example, the Comirnaty Approval Letter requires FDA approval for release of Comirnaty lots manufactured in accordance with the terms of the license. Given the differences in manufacturing between EUA and licensed vaccines, the FDA also required BioNTech to identify specific lots of EUA-labeled and manufactured BioNTech Vaccines that BioNTech deemed BLA-compliant for FDA review and release. The identification, however, of these specific lots for FDA review did not occur.

46. The Comirnaty Vaccine is not widely available due to limited supply as supported by various reports[19]; buttressing the conclusion that an employer-mandated vaccine is using an EUA inoculation (BioNTech Vaccine) and not the licensed Comirnaty Vaccine.

C.   Procedural and Substantive Deficiencies in FDA Review and Approval

47. The FDA claims that the Comirnaty Vaccine approval followed its "standard process for reviewing the quality, safety, and effectiveness of medical products,[20]" but this statement is belied by its contemporaneous statements and the deficient process it followed by their own admission.

48. In its August 23, 2021, press conference, it was conceded that the FDA followed an "unprecedented timeline" in approving Comirnaty's application in just over three months; and did so by skipping, or failing to require the procedures and clinical trial data needed to assess Comirnaty's safety and efficacy as required by statute and law (emphasis added).[21] This confession alone raises questions

---

[19] https://www.oecd.org/coronavirus/policy-responses/access-to-covid-19-vaccines-global-approaches-in-a-global-crisis-c6a18370/ (last accessed October 16, 2021).

[20] FDA, *FDA Approves First COVID-19 Vaccine*, (Aug. 23, 2021) ("FDA ComirnatyPress Release"), available at https://www.fda.gov/news-events/press- announcements/fda-approves-first-covid-19-vaccine (last visited Sept. 22, 2021).

[21] Justine Coleman, FDA Grants Full Approval to Pfizer's COVID-19 Vaccine, The Hill (Aug. 23, 2021) (quoting Defendant FDA Commissioner Woodcock), available at: https://thehill.com/policy/healthcare/568980-fda-grants-full-approval-to-pfizers-covid-19-vaccine (last visited Sept. 22, 2021).

regarding the scrutiny and safety of these vaccines; and the process (or lack thereof) followed. If Pfizer does not follow the process, it should not get immunity.

a.  *FDA Permitted Exclusion of "Special Populations."*

49.  Neither the BioNTech Vaccine nor the Comirnaty Vaccine has been tested in clinical trials for its safety and efficacy on individuals who have recovered from COVID-19. To the contrary, the trials conducted thus far have specifically *excluded* survivors of previous Covid infections[22]. Plaintiffs contend the exclusion was an intentional act allowed by the FDA because such studies would show the futility of the vaccines.  Such studies would reveal how natural immunity is stronger and longer lasting, and would render the vaccines unnecessary. Stated differently: the FDA did not want to include studies of those naturally immune because it would end the symbiotic relationship and fraudulent, unlawful racketeering going on between the Government, vaccine companies like Pfizer, and the private sector.

50.  In a similar vein, the clinical trials skipped testing for genotoxicity, mutagenicity, teratogenicity, and oncogenicity testing; and did not include participants from and/or provide sufficient data for other "special populations" such as those with autoimmune disorders, hematological conditions, children, and

---

[22] *See* Fabio Angeli, SARS-CoV-2 vaccines: Lights and Shadows, EUROPEAN J. OF INTERNAL MEDICINE 2021;88:1-8.

the elderly. Plaintiffs contend these were also intentionally excluded because the results of the study would have revealed how the vaccines cause injury or death among these persons.

51. Stated differently, it appears that the FDA wanted a vaccine with which universal inoculation could be achieved.  The FDA broke its own rules, procedures and statues in order to get this vaccine "approved," but it did not want to allow the revelation of the terrible side effects and the death the vaccine caused.  It is not unreasonable to conclude that the FDA intentionally conspired with other agencies, drug manufacturers, and private employers to affect these harms and deaths upon plaintiffs and Americans at large.  Instead, the FDA relied solely on rat studies for its approval of Comirnaty for these populations.

 b.  *The FDA Relied on Interim Results for Limited and Self- Selected Sample*

52. While the Phase 3 clinical trials included a large and statistically significant number of participants, the full sample trial was truncated in unprecedented fashion. It was only followed for ***two months.***  Largely, the same trials and participants that were used to grant the initial EUA for the BioNTech Vaccine. The trial was approved regardless of the FDA's recommended period ***of at least one to two years*** as set forth in the June 2020 Industry Guidance referenced above.

53. These truncated trials produced unreliable data. The FDA does not acknowledge, however, that the results of the trials beyond the first two months are of questionable (or perhaps negligible) validity due to fundamental methodological errors that infected all trial results and undermine any conclusions that could have been drawn from them. As the axiom goes, "bad data in, bad data out" – which proved to be the case here and appears it was intentional.

54. Pfizer failed to maintain test group integrity as required by FDA procedures and statutes. In its May 18, 2021 application[23], which included interim six-month safety and efficacy data for Phase 3 clinical trials, Pfizer- BioNTech explained that study participants were given the option to be "unblinded" – to learn whether they had taken the experimental BioNTech Vaccine or the placebo – and if they had taken the placebo, to take the BioNTech Vaccine. As a result, roughly 7% of participants were still unaware of which shot they were given after six months. This "unblinding" transcended what should have been a randomized, controlled clinical trial into an observational, "let's just see what happens" with no informed consent as required by Federal and International law. Accordingly, the

---

[23] *See* Stephen J. Thomas, MD, Six Month Safety and Efficacy of the BNT162b2 mRNA COVID-19 Vaccine, medRxiv Preprint (July 28, 2021), available at: https://www.medrxiv.org/content/10.1101/2021.07.28.21261159v1.full.pdf.

FDA's statements that the Comirnaty approval was based on "randomized, controlled, blinded ongoing clinical trial of thousands of individuals," is misleading at best. With stakes so high, there is no room for ambiguity.

   *c. The FDA's Abdications of their Duties and Ongoing Failure to Act is Intentional*

55. Despite having been thousands of deaths and serious injuries self-reported through VAERS and the Medicare system that is run by the Government, and over two million nine-hundred thousand (2,900,000) adverse reactions to the vaccines reported to the WHO[24], the FDA has willfully, or with reckless disregard, ignored or chose to not follow its own industry guidance and historical, standards of practice which Plaintiffs opine can seemingly only be for nefarious purposes. The Government, through Plaintiffs' employer, used and abused the unlawful licensing or "approval" of Comirnaty to sanction vaccine mandates and invariably the PCR test and masks policies to further their objective of universal inoculation.

56. Notably, for an EUA approval, there must be no alternative, effective treatments available for use against the disease. There are now well-studied, safe and reliable alternatives to vaccination for prevention and treatment of COVID-19, including, but not limited to Ivermectin, Methylprednisolone, Fluvoxamine,

---

[24] http://www.vigiaccess.org/ (searching covid-19 vaccine)

Hydroxychloroquine, Vitamin C, Vitamin D3, Zinc, Melatonin, Aspirin, corticosteroids, monoclonal antibodies, and other accessible therapies. *See e.g.* affidavits by Dr. Edwards (Ex. E) and Dr. McCullough (Ex. F).

57. This information above has been shunned, suppressed, or censored by the Government, vaccine manufacturers, and private sector – especially big media and big tech. For instance, the use of Ivermectin was rejected by the FDA despite having significantly more peer reviewed studies (forty-four (44); and thirty-two (32) double-blind clinical trials showing substantially higher efficacy than FDA promoted treatments like Pfizer's Remdesivir. Ivermectin was commonly described as an anti-parasitic drug for horses rather that the truth about its efficacy as an anti-viral prophylaxis. Remdesivir on the other hand, was discontinued amid its trials after many deaths, but was approved by the FDA as treatment for Covid notwithstanding its direct link to kidney failure; and which causes or develops into pneumonia and/or death.

58. Since the PCR tests, masks, and vaccines were authorized under EUAs, the administration of these medical products are subject to informed consent requirements to "ensure that individuals to whom the product is administered are informed" that they have "the option to accept or refuse administration of the

29

product." FDCA § 564(e)(1)(A)(ii)(III); 21 U.S.C. § 360bbb-3(e)(1)(A)(ii)(III).[25] The

vaccines for example, in each letter granting the EUA by requiring that FDA's

"Fact Sheet for Recipients and Caregivers" be made available to every potential

vaccine recipient. Each Fact Sheet includes the statement that it is your choice to

receive or not receive the vaccine; however, Plaintiffs are not provided a choice.

### III.   COVID-19 HEALTH RISKS AND NATURAL IMMUNITY

59.  The mortality risk for those infected with the SARS-COV-2 virus which can

cause the COVID-19 disease is not the same for everyone. Older patients and those

with comorbidities are at significantly higher risk for death or serious health

complications, while younger and healthier patients face a vanishingly small risk.

The CDC's best estimate of the infection fatality rate for people ages 18-49 years is

under 0.06% meaning that young adults have a 99.94% survivability rate.

60.  Notably, substantial research establishes that COVID-19 infection creates

immunity to the virus *at least* as robust, durable, and long-lasting as that achieved

through vaccination; and many experts maintain that natural immunity far

---

[25] The norms of informed consent has been "firmly embedded" in U.S. law and FDA regulations for nearly 60 years. *Adullahi v. Pfizer, Inc.*, 562 F.3d 163, 182 (2nd Cir. 2009). Congress first enacted this requirement in 1962 drawing on the Nuremberg Code and the Helsinki Declaration, "which suggests the government conceived of these sources' articulation of the norm as a binding legal obligation." *Adullahi* at 182 (citation omitted). Informed consent requirements are a cornerstone of FDA rules governing human medical experimentation. *See, e.g.*, 21 C.F.R. §§ 50.20.

surpasses immunity gained through vaccination by as much as twenty times (20x). In other words, for those Plaintiffs who have had natural exposure and recovered, there is no legitimate scientific or medical reason to require they be inoculated, take PCR tests, or force them to wear masks.

A. Israeli Study

61. Notably, a study conducted in Israel (the "Israeli Study"), one of the most vaccinated countries on Earth and the "largest real-world observational study comparing natural immunity" gained from COVID-19 infection and "vaccine-induced immunity" from the BioNTech Vaccine[26]. The Israeli Study concluded that: "natural immunity confers longer lasting and stronger protection against infection, symptomatic disease and hospitalization caused by the Delta variant of SARS-CoV-2" compared to BioNTech vaccine immunity. *Id*. Specifically, fully vaccinated individuals with no previous infections had a "statistically significant 13.06-fold (95% CI, 8.08 to 21.11) increased risk for breakthrough infection [with the Delta variant] as opposed to reinfection (P<0.001)" of those previously infected.

---

[26] "After conducting a retrospective observational study comparing: (1) SARSCoV-2-naïve individuals who received a two-dose regimen of the BioNTech/Pfizer mRNA BNT162b2 vaccine, (2) previously infected individuals who have not been vaccinated, and (3) previously infected and single dose vaccinated individuals a two-dose regimen of the BioNTech/Pfizer mRNA vaccine, SARS-CoV-2-naïve vaccinees **had a 13.06-fold** (95% CI, 8.08 to 21.11) increased risk for breakthrough infection with the Delta variant compared to those previously infected." https://www.medrxiv.org/content/10.1101/2021.08.24.21262415v1.full.pdf

*Id*. With respect to symptomatic disease, the fully vaccinated had a "27.02-fold risk (95% CI, 12.7 to 57.5) symptomatic breakthrough infection as opposed to reinfection (P<0.001). *See Id*. Accordingly, there is an approximate 4:1 ratio of fully vaccinated to unvaccinated people being admitted to hospitals and expiring from COVID-19 in Israel.  It is the vaccinated who are at the greatest risk of infection, sickness, and death according to the Israeli Study.

B.  Cleveland Clinic Study

62. A five-month study looking at reinfection rates in employees of the Cleveland Clinic Health System previously infected with SARS-COV-2 found that none of the 1,359 previously infected subjects who remained unvaccinated were reinfected with the virus despite being surrounded by the virus and Covid disease in the hospital[27].

63. The study examined the rates of SARS-COV-2 infection in vaccinated and unvaccinated individuals which showed that "those previously infected who did not receive the vaccine had lower rates of SARS-CoV-2 infection than those previously infected who did receive the vaccine, thereby providing direct evidence that vaccination does not add protection to those who were previously

---

[27] https://www.medrxiv.org/content/10.1101/2021.06.01.21258176v2.full (last visited October 1, 2021)

infected…;" and the study concluded "individuals who have had SARS-CoV-2 infection are unlikely to benefit from COVID vaccination…"

C.  Longitudinal Study

64. Natural immunity responses to mutated forms of COVID is further supported by the results of a longitudinal analysis of 254 patients over eight months[28]. This study found that SARsS-CoV-2 infection produces "broad and effective immunity" that "may persist long-term in recovered COVID-19 patients." Thus, natural immunity is robust and effective.

D.  Attached Expert Opinions and Others

65. The information above algins with the attached affidavits and further demonstrates why Plaintiffs should not be subjected to President Biden's Executive Orders or employer mandates. For example, Dr. Smith attest: "If someone has immunity from natural infection, *under no circumstances would it make sense for them to get a vaccine*… Active immunity (i.e., natural exposure and recovery) *is always better and stronger than passive immunity* like through the vaccines/gene therapies." See Ex. C. Since persons like Plaintiffs have immunity

---

[28] Kristen W. Cohen, et al., Longitudinal Analysis Shows Durable and Broad Immune Memory after SARS-CoV-2 Infection with Persisting Antibody Responses and Memory B and T Cells, CELL REPORTS MEDICINE 2, 100354 (July 20, 2021), available at: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8253687/ (last visited Sept. 22, 2021).

and/or have naturally formed antibodies immunity, then they are past the point of

infection; and even if 100% of the population is vaccinated, the virus will spread.

Plaintiffs also note:

> Necessity of COVID-19 vaccination in previously infected individuals[29], by Nabin K. Shrestha, Patrick C. Burke, Amy S. Nowacki, Paul Terpeluk, Steven M. Gordon, MedRxiv, June 5, 2021. "Individuals who have had SARS-CoV-2 infection are unlikely to benefit from COVID-19 vaccination, and vaccines can be safely prioritized to those who have not been infected before."

> SARS-CoV-2 infection induces long-lived bone marrow plasma cells in humans[30], by Jackson S. Turner, Wooseob Kim, Elizaveta Kalaidina, Charles W. Goss, Adriana M. Rauseo, Aaron J. Schmitz, Lena Hansen, Alem Haile, Michael K. Klebert, Iskra Pusic, Jane A. O'Halloran, Rachel M. Presti, Ali H. Ellebedy. Nature, May 24, 2021. "This study sought to determine whether infection with SARS-CoV-2 induces antigen-specific long-lived BMPCs in humans. We detected SARS-CoV-2 S-specific BMPCs in bone marrow aspirates from 15 out of 19 convalescent individuals, and in none from the 11 control participants…. Overall, our results are consistent with SARS-CoV-2 infection eliciting a canonical T-cell-dependent B cell response, in which an early transient burst of extrafollicular plasmablasts generates a wave of serum antibodies that decline relatively quickly. This is followed by more stably maintained levels of serum antibodies that are supported by long-lived BMPCs."

---

[29] https://www.medrxiv.org/content/10.1101/2021.06.01.21258176v2
[30] https://www.nature.com/articles/s41586-021-03647-4

> ➢ Natural immunity against COVID-19 significantly reduces the risk of reinfection: findings from a cohort of sero-survey participants[31], by Bijaya Kumar Mishra, Debdutta Bhattacharya, Jaya Singh Kshatri, Sanghamitra Pati. MedRxiv, July 19, 2021. "These findings reinforce the strong plausibility that development of antibody following natural infection not only protects against re-infection by the virus to a great extent, but also safeguards against progression to severe COVID-19 disease."

## IV.   FEDERAL REGULATIONS AND LICSENSING FOR EUA PRODUCTS

66.  The FDCA generally prohibits anyone from introducing or delivering for introduction into interstate commerce any "new drug" or "biological product" unless and until the FDA has approved the drug or biological product as safe and effective for its intended use. 21 U.S.C. §§ 331(a), 355(a); 42 U.S.C. § 262(a). Coincidingly, 42 U.S.C. § 262(a)(2)(C)(i)(I) requires approval of biological products and proven demonstration they are "safe, potent, and pure." *See also* 21 C.F.R. § 601.2(a). No such requirements are mandated for EUA products.

67.  A vaccine is both a drug and a biological product and therefore subject to regulation under both the FDCA and the Public Health Service Act ("PHSA"). *See* 21 U.S.C. § 321(g); 42 U.S.C. § 262(i)(1). Pursuant to Section 351(a) of the PHSA, 42 U.S.C. § 262(a), the FDA has the authority to approve the sale and manufacture of

---

[31] https://www.medrxiv.org/content/10.1101/2021.07.19.21260302v1

vaccines and other biologics like the Pfizer Comirnaty Vaccine. The biologics application addresses not only the safety and efficacy of the product, but also covers specific labeling and manufacturing requirements, including the location, process, and storage. EUA products are subject to much lower standards than those required for licensed products, and they are exempt altogether from certain marketing and manufacturing requirements.

68. Notably, "interchangeable" and "interchangeability" are specifically defined terms in Section 351 of the PHS Act, 42 U.S.C. § 262[32], in relation to a "reference product," which is a biological product licensed under Section 351(a) of the PHSA. 42 U.S.C. § 262(a)[33]. For purposes of determining "interchangeability," the "reference product" must be an FDA-licensed product; like in this case, the FDA-licensed Pfizer, Comirnaty Vaccine. But the "interchangeable" product, the

---

[32] "Interchangeable" and "interchangeability" are defined as a "biological product" that "may be substituted for the reference product" by health care providers. 42 U.S.C. § 351(i)(3). To meet the standards in 42 U.S.C. §262(k)(4) ("Safety standards for determining interchangeability"), the "interchangeable" or substitute biological product (i) must be biosimilar to the reference product and (ii) and "can be expected to produce the same clinical result as the reference product in any given patient." 42 U.S.C. § 262(k)(4).

[33] These definitions and related provisions were enacted as part of the Biologics Price Competition Act of 2009, which "amends the PHSA and other statutes to create an abbreviated licensure pathway," under Section 351(k) of the PHSA, 42 U.S.C. § 262(k), "for biological products shown to be interchangeable with an FDA-licensed biological reference product," licensed under Section 351(a) of the PHS Act, 42 U.S.C. § 262(a). *See generally* FDA, et al., Considerations in Demonstrating Interchangeability with a Reference Product: Guidance for Industry (May 2019), available at: https://www.fda.gov/media/124907/download (last visited Sept. 15, 2021).

EUA BioNTech Vaccine, must be the subject of a later-filed "abbreviated" application under 42 U.S.C. § 262(k). There is no indication, however, that such application was filed by BioNTech, much less reviewed or approved by the FDA.

69. The FDCA authorizes the FDA to issue an EUA for a medical drug, device, or biologic, where certain conditions have been met: that the HHS Secretary has declared a public health emergency that justifies the use of an EUA, 21 U.S.C. §360bbb-3(b)(1), and the FDA finds that "there is no [1] adequate, [2] approved, and [3] available alternative to the product for diagnosing, preventing, or treating" the disease in question. 21 U.S.C. § 360bbb-3(c)(3).

70. There are significant differences between licensed vaccines and those subject to EUA that render them "legally distinct." First, the requirements for efficacy are much lower for EUA products than for licensed products. EUAs require only a showing that, based on scientific evidence "if available," "it is reasonable to believe," the product "may be effective" in treating or preventing the disease. 21 U.S.C. §360bbb-3(c)(2)(A). Second, the safety requirements are minimal, requiring only that the FDA conclude that the "known and potential benefits … outweigh the known and potential risks" of the product, considering the risks of the disease. 21 U.S.C. §360bbb-3(c)(2)(B). Third, EUA products are

exempt from certain manufacturing and marketing standards, enjoy broader product liability protections, and cannot be mandated due to informed consent laws and regulations (subject to the override procedures for service members described below). *See, e.g., Doe v Rumsfeld*, 341 F. Supp. 2d 1, 19 (D.D.C. 2004).

71.  The public health emergency declaration that justifies the use of an EUA for a product "shall terminate upon the earlier of … a change in the approval status" of the EUA product. 21 U.S.C. § 360bbb-3(b)(2)(A)(ii). Thus, the approval, or licensing, of a vaccine for a given indication terminates the EUA for that vaccine. The requirements for licensing and emergency use authorization are mutually exclusive; the same product—or same vial of vaccine—cannot be concurrently subject to an EUA and licensed for the same indication or use, under distinct regulatory regimes[34]. Yet that is precisely what the FDA has done by: (1) simultaneously licensing Comirnaty Vaccine and re-issuing the EUA for the BioNTech Vaccine for the same indication (individuals 16 years or older); (2) re-issuing and expanding the existing BioNTech Vaccine EUA for children of 12-15 years of age and permitting the licensed Comirnaty Vaccine to be used for this

---

[34] *See, e.g., Genus Med. Techs. LLC v. FDA*, 994 F.3d 631 (D.C. Cir. 2020) (holding that the FDA's determination that it could choose to regulate a product as either a drug or a device, or both, as arbitrary and capricious and exceeding its statutory authority).

group; and (3) finding that the EUA BioNTech Vaccine and licensed Comirnaty Vaccine can be used "interchangeably" and may be substituted for each other.

## V.   THE TESTING AND REVIEW OF THE COVID-19 VACCINES

72.   Neither the BioNTech Vaccine nor the Comirnaty Vaccine has been tested in clinical trials for its safety and efficacy on individuals who have recovered from COVID-19. To the contrary, the trials conducted thus far have specifically *excluded* survivors of previous Covid infections[35]. Likewise, the clinical trials skipped testing for genotoxicity, mutagenicity, teratogenicity, and oncogenicity testing; and did not include participants from and/or provide sufficient data for other "special populations" such as those with autoimmune disorders, hematological conditions, children, and the elderly.

## VI.   THE VACCINES (OR GENE THERAPIES) AND THEIR CONTENTS

73.   The vaccines are ineffective against the SARS-CoV-2 virus and its variants. Consistent between all manufactures, these vaccines <u>cannot prevent infection</u> from the SARS-COV-2 virus. They <u>*cannot prevent the transmission*</u> of the SARS-COV-2 virus. They <u>*cannot prevent death*</u> as a result of the SARS-COV-2 virus. That was never their intent. This necessarily means the vaccines at issue cannot prevent the

---

[35] *See* Fabio Angeli, SARS-CoV-2 vaccines: Lights and Shadows, EUROPEAN J. OF INTERNAL MEDICINE 2021;88:1-8.

COVID-19 disease. This is supported by the affidavits attached and even the CDC Director, Michelle Walensky, when on August 05, 2021, in a CNN interview she was clear: "Our vaccines are working exceptionally well. They continue to work well for delta with regard to severe illness and death…*But what they can't do anymore is prevent transmission.*[36]"

74. The vaccines are not vaccines in the traditional sense; but instead, gene therapies. The COVID-19 Vaccines employ novel technology, namely, mRNA delivered via nanolipids. These vaccines are produced from gene therapy molecular platforms whose safety and efficacy has not been fully assessed. This is unlike all other vaccines where there is a set amount of antigen or a live-attenuated virus is injected into the body to allow one's natural immunity apparatus to develop natural antibodies to the antigen or virus.

75. Two of the 'vaccines' use mRNA to encode the spike protein of the SARS-CoV-2 virus and are the first of this type of approach to be granted EUA status for human use. The third (Janssen/J&J) is a recombinant, virus vector vaccine using



---

a human adenovirus type 26 virus that expresses the SARS-CoV-2 spike protein. Essentially, these vaccines simulate the antibody the body might naturally make. As explained by Dr. Smith (Ex. C), these 'vaccines' harness the power of basic biology to produce the spike protein of SARS-CoV-2. Messenger RNA (mRNA) is genetic material that tells your body how to make proteins. The central dogma of molecular biology states that DNA makes RNA which makes proteins. Through the processes of transcription (DNA→RNA) and translation (RNA→ protein), information from genes is used to make proteins. Some of the proteins that are formed from the genetic information are needed to fight diseases.

76.  Dr. Smith's explanation aligns with FDA's own Peter Marks M.D., PH.D., Director of the Center for Biologics Evaluation and Research of FDA who states:

> The active ingredient or component in the 3 FDA authorized used Covid vaccines is a piece of genetic material that leads the body to briefly make a protein that's normally found on the surface of the virus that causes Covid. [37]

77.  Some of the ingredients listed in these vaccines are not safe for use in humans.  As outlined above, EUA use is not the same as an FDA approval; nor are the laws, rules, and regulations that govern same. For instance, Pfizer, Moderna,

---

[37] https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/covid-19-vaccines#basics (last visited September 7, 2021).

and J&J have not disclosed all the content of what is contained in the vaccines. This is particularly alarming considering Lieutenant Colonel Theresa Long ("LTC Long") stated in her sworn statement that one of the primary ingredients of the Lipid Nanoparticle delivery system is "ALC 1035."

78. Under the OSHA HCS regulations (21 CFR 1910), it includes several concerning warnings regarding ALC 1035 including: to "seek medical attention if it comes into contact with your skin; "if inhaled and if breathing is difficult, give cardiopulmonary resuscitation; and evacuate if there is an environmental spill." And both the Comirnaty (Pfizer) package insert and Moderna Fact Sheet for Recipients and Caregivers list *polyethylene glycol* as one of the vaccine primary ingredients[38] -- the same, active ingredient in antifreeze – and the SDS for polyethylene glycol cautions that it is **not advised for use in drugs or food**[39].

79.  According to the FDA, there is insufficient data to know whether the Covid Vaccines actually prevent asymptomatic infection or prevent transmission of SARS-CoV-2; and data from the U.S.[40] and abroad suggest that they do not prevent

---

[38] https://www.fda.gov/media/144638/download;
https://www.fda.gov/media/151707/download
[39] https://www.fishersci.com/store/msds?partNumber=AC418040010&productDescription=POL YETHYLENE+GLYCOL+1450+1KG&vendorId=VN00032119&countryCode=US&language=en
[40] See Catherine M. Brown, DVM, et al., Outbreak of SARS-CoV-2 Infections, Including COVID-19 Vaccine Breakthrough available at:
https://www.cdc.gov/mmwr/volumes/70/wr/mm7031e2.htm?s_cid=mm7031e2_w#

the virus or disease COVID-19 either. The protection offered from the BioNTech Vaccine drops off significantly over time, particularly after the six-month period on which the FDA relied in conditionally approving the Comirnaty Vaccine. For example, recent and well-publicized studies from Israel found that the BioNTech Vaccine's effectiveness decreased from over 90% to 39% after six months for infections and 40.5% for symptomatic cases[41].

80. Notably, relevant safety data and efficacy statistics are suspect and unreliable as clinical trials for these vaccines are scheduled to continue through 2023 to 2025. Therefore, it is impossible to assess or know the safety and efficacy of these vaccines, their necessity, and whether their benefits outweigh the risks in even intermediate timeframes.

81. At the September 17, 2021 FDA Advisory Committee meeting to consider approval of booster shots, Sara Oliver MD, MSPH presented an overview of studies demonstrating the rapidly declining efficacy of the Pfizer-BioNTech

---

[41]Israel Ministry of Health Presentation (July 23, 2021), available at: https://www.gov.il/BlobFolder/reports/vaccine-efficacy-safety-follow-up committee/he/files_publications_corona_two-dose-vaccination-data.pdf (summarizing six-month efficacy data for Pfizer-BioNTech vaccine in Israel); see also Rory Jones & Dov Lieber, Pfizer COVID-19 Vaccine Is Less Effective Against Delta available at: https://www.wsj.com/articles/pfizer-covid-19-vaccine-is-less-effective-against-  delta-infections-but-still-prevents-serious-illness-israel-study-shows-11627059395.

vaccine, in the United States and abroad[42]. Several U.S. studies found that the efficacy of Covid vaccines dropped from over 90% to as low as 42% (with a median of roughly 65%) over an up to six-month period, with the steepest drops found in the studies with the longest study periods; the only study limited to the Pfizer-BioNTech vaccine got the low score of 42%. Dr. Oliver also presented studies finding a steep decline in efficacy 15%-35% for the pre-Delta vs. the Delta variant. *Id.* She also presented international studies showing even sharper decreases in efficacy in countries such as Qatar where the Delta variant was prevalent at an earlier date. *Id.*

82. Data continues to come out weekly that reports these vaccines do not work as advertised; and seemingly do more harm than good. For instance, in October 2021, for example, COVID-19 case data from Maine and Vermont, two (2) of the most heavily vaccinated states in the U.S., suggests that vaccinated individuals are likely still catching and transmitting COVID; and contributing to case numbers with the State of Vermont[43] at 72% and Maine[44] at 69%. And as John Hopkins University admits, even with high numbers of COVID-19 vaccinations: "We are

---

[42] https://www.fda.gov/media/152243/download
[43] https://coronavirus.jhu.edu/region/us/vermont
[44] https://coronavirus.jhu.edu/region/us/maine

unlikely to eradicate COVID-19 or even to get it to the level of something like measles in the U.S.[45]"

83. Abroad, despite having its third and fourth booster shots, the number of rising cases and deaths is growing significantly in Israel; Singapore's Ministry of Health[46] reported a major increase in COVID-19 breakthrough cases and deaths despite having 85% of their citizens vaccinated[47]; and Scottish Data released November 24, 2021, shows how 74% of the Covid hospitalizations in the past month are in the vaccinated (See Table 19, 20)[48].

84. Notably, for an EUA approval, there must be no alternative, effective treatments available for use against the disease. There are now well-studied, safe and reliable alternatives to vaccination for prevention and treatment of COVID-19, including, but not limited to Ivermectin, Methylprednisolone, Fluvoxamine, Hydroxychloroquine, Vitamin C, Vitamin D3, Zinc, Melatonin, Aspirin, corticosteroids, monoclonal antibodies, and other accessible therapies. As a treating physician, Dr. Edwards states: "Multiple published studies as well as me

---

[45] https://publichealth.jhu.edu/2021/what-is-herd-immunity-and-how-can-we-achieve-it-with-covid-19

[46] Ministry of Health available at: https://www.moh.gov.sg/news-highlights/details/update-on-local-covid-19-situation-(8-oct-2021)

[47] https://covid19.who.int/region/euro/country/il;https://covid19.who.int/region/wpro/country/sg

[48] https://publichealthscotland.scot/media/10462/21-11-24-covid19 publication_report.pdf

and my colleagues' clinical experience shows that there are exceedingly effective early outpatient therapies for Covid that can reduce hospitalization and mortality rates by 80-90%, even in an unhealthy, high-risk population." *See* affidavits attached whose opinion is supported by Dr. McCullough.

## VII. PRESIDENT BIDEN'S ORDERS AND EMPLOYER MANDATES

85. On his first day in office, President Biden signed Executive Order 13991, which established the Safer Federal Workforce Task Force whose mission is to "provide ongoing guidance to heads of agencies on the operation of the Federal Government, the safety of its employees, and the continuity of Government functions during the COVID–19 pandemic." 86 Fed. Reg. 7,045–48 (Jan. 20, 2021).

86. As late as July 23, 2021, the White House announced that mandating vaccines is "not the role of the federal government[49];" only to then make oral edicts to the media that those private employers with 100 or more employees need to mandate vaccines. Then, on September 9, 2021, President Biden announced that his patience was "wearing thin" with unvaccinated Americans[50] and issued Executive Order 14042 on "Requiring Coronavirus Disease 2019 Vaccination for

---

[49] https://www.nytimes.com/video/us/politics/100000007884901/vaccine-mandate-not-federal-role-psaki.html (last visited December 3, 2021).

[50] Office of Public Engagement, Transcript, Remarks by President Biden on Fighting the COVID-19 Pandemic (Sept. 9, 2021), https://www.whitehouse.gov/briefingroom/ speeches-remarks/2021/09/09/remarks-by-president-biden-on-fighting-thecovid-19-pandemic-3/.

Federal Employees" and Executive Order 14043 "Ensuring Adequate COVID Safety Protocols for Federal Contractors." Collectively, these mandates require that all federal employees and contractors be fully vaccinated.

87. While the enforcement arm of the vaccine mandate, the Emergency Temporary Standard issued by the Occupational Safety and Health Administration ("OSHA") (published in the Federal Register on November 5, 2021 at Volume 86, pages 61402 through 61555 ("the ETS"), has been temporarily suspended by the Court then subsequently withdrawn; employers, like Plaintiffs', continue to mandate the vaccines.

88. The policies and practices are facially unlawful; as well as, discriminatory as evidenced by the unequal treatment between the vaccinated and unvaccinated. There are no legally permissible FDA-licensed (approved) vaccines to prevent infection with SARS-CoV-2. Since these vaccines are Emergency Use Authorized, they cannot be made compulsory: "When Dr. Amanda Cohn, the executive secretary of the CDC's Advisory Committee on Immunization Practices, was asked if Covid-19 vaccination can be required, she responded[51] that under an EUA, "vaccines are not allowed to be mandatory. So, early in this vaccination

---

[51] https://www.cdc.gov/vaccines/acip/meetings/downloads/min-archive/min-2020-08-508.pdf

phase, individuals will have to be consented and they won't be able to be mandatory." Cohn later affirmed this prohibition on requiring vaccines applies to organizations, including hospitals[52]." Therefore, if Federal law and the CDC have expressly prohibited forced inoculations, and the U.S. Constitution forbids same, employer cannot require vaccine passports or require some other sort of "proof" of vaccination as it is effectively just a talisman or guise to coerce Plaintiffs and their colleagues into compliance.

89.  Additionally, the data is clear that those who had been infected with SARS-CoV-2 and developed the disease will have immunity[53]; and therefore, it is medically irrelevant to vaccinate them[54].

90. The Government, unions, employers, and vaccine manufactures like Pfizer are advancing an unlawful political narrative and destructive, health agenda by their failure to candidly and expressly disclose:

- o  The known and potential, serious risks associated with the vaccines.
- o  That the employee assumes all risk associated with the vaccine.
- o  That the long-term adverse effects are unknown.
- o  Emerging evidence and data as to the vaccine's lack of effectiveness.

---

[52] https://www.fda.gov/media/143982/download
[53] https://www.nih.gov/news-events/nih-research-matters/lasting-immunity-found-after-recovery-covid-19)
[54]https://science.sciencemag.org/content/371/6529/eabf4063.

- o Multiple mRNA injections per year will likely be required – the safety of which is unknown.
- o Vaccinated individuals can still catch and spread COVID.
- o The fact that sick people – irrespective of their vaccination status- are the ones most likely to spread the virus.
- o Those employees who have been injured by the vaccine.
- o That COVID is treatable and has a survival rate of >98% for all age groups, co-morbidities, races, special populations and socio-economic classes combined (generally comparable to the flu at 99% or tuberculosis at 92% or community acquired pneumonia)[55]

91.    These mandates or requirements are suspect at best and appears nefarious given their unwillingness to assume liability for any short or long-term harms or deaths these gene therapy / vaccine mandates can cause; and the vaccine manufactures have immunity themselves (emphasis added). So, the vaccine

---

[55] CDC COVID Data Tracker https://covid.cdc.gov/covid-data-tracker/#datatracker-home
COVID crude mortality ratio (the number of reported deaths divided by the reported cases) as of September 17, 2021:
 666,440 deaths ÷ 41,593,179 cases = 0.016 x 100 = 1.6% died
 100 – 2% = 98.4% survived.
CDC. Estimated Influenza Illnesses, Medical Visits, Hospitalizations and Deaths in the United States – 2017-2018 Influenza Season.  Available from:
https://www.cdc.gov/flu/about/burden/2017-2018.htm
Flu crude mortality ratio (the number of reported deaths divided by the reported cases):
 6100 deaths ÷ 45,000,000 cases = 0.0013 x 100 = 0.13% died
100 – 0.13% = 99.8% survived
CDC Tuberculosis in the United States 2020.
https://www.cdc.gov/nchhstp/newsroom/docs/factsheets/TB-in-the-US-508.pdf
542 deaths ÷ 7,163 cases = 0.08 x 100 = 7.5% died
100-7.5% = 92.4% survived.
Community Acquired Pneumonia
https://pubmed.ncbi.nlm.nih.gov/29020164/

manufactures are making billions of dollars and have no liability for the millions of injuries and thousands of deaths they are causing – from a virus and disease that have the same impact as the seasonal flu.

92. Vaccinated individuals who suffer one of the numerous adverse effects cannot apply for the U.S. National Vaccine Injury Compensation Program and the U.S. Countermeasures Injury Compensation Act does not adequately compensate those who are injured (this program rarely pays, caps payout, only covers vaccine injuries manifesting within one year of injection).

93. Per the FDA's own VRBPAC PowerPoint presentation, slide 16, dated October 22, 2020[56], it acknowledges numerous, possible serious adverse events that can result in permanent injuries, autoimmune diseases, chronic diseases, disabilities, and death from the COVID-19 vaccines.

---

[56] https://www.fda.gov/media/143557/download

**FDA Safety Surveillance of COVID-19 Vaccines :**
**DRAFT Working list of possible adverse event outcomes**
***Subject to change***

- Guillain-Barré syndrome
- Acute disseminated encephalomyelitis
- Transverse myelitis
- Encephalitis/myelitis/encephalomyelitis/ meningoencephalitis/meningitis/ encepholapathy
- Convulsions/seizures
- Stroke
- Narcolepsy and cataplexy
- Anaphylaxis
- Acute myocardial infarction
- Myocarditis/pericarditis
- Autoimmune disease

- Deaths
- Pregnancy and birth outcomes
- Other acute demyelinating diseases
- Non-anaphylactic allergic reactions
- Thrombocytopenia
- Disseminated intravascular coagulation
- Venous thromboembolism
- Arthritis and arthralgia/joint pain
- Kawasaki disease
- Multisystem Inflammatory Syndrome in Children
- Vaccine enhanced disease

Even if other sources of information are ignored, the VAERS an WHO data alone sufficiently establishes that very serious side effects from the vaccines are more common than "extremely unlikely;" and certainly not "safe."

## VIII. PLAINTIFFS' BELIEFS ABOUT THE VACCINES

94.  Federal and state statutes make it unlawful for an employer to discriminate against an employee on the basis of religion. *See e.g.* Title VII which "include[s] all aspects of religious observance and practice, as well as belief, unless an employer demonstrates that he is unable to reasonably accommodate an employee's… religious observance or practice without undue hardship on the conduct of the employer's business." 42 U.S.C. § 2000e(j). Per Florida and federal law, employers have the statutory obligation to make reasonable accommodations for the religious

observances of its employees so long as they do not incur undue hardship[57]; and prohibits employers from retaliating against an employee for their beliefs. These federal laws align with the tenets of Florida Constitution. *See e.g.* Article I, the Declaration of Rights[58], which includes provisions pertaining to, among other things, basic rights, religious freedom, freedom of speech and press, the right to assemble, the right to work, the right to bear arms, due process rights… rights to access to the courts, rights to trial by jury, and privacy rights.

95. Plaintiffs and many of their colleagues have sincere, religious beliefs that they should not be inoculated with the COVID-19 vaccines. Plaintiffs share common beliefs with other Christians like that life is sacred and a gift from God; and that these vaccines alter the human cell by disrupting God's designed immune system with a synthetically engineered mRNA, spike protein. As previously noted, these vaccines are not vaccines by the traditional definition, but rather, gene

---

[57] *See Eversley v. Mbank Dallas*, 843 F.2d 172, 175 (5th Cir. 1988). "Undue hardship" exists, as a matter of law, when an employer is required to bear more than a de minimus cost." *Weber v. Roadway Express, Inc.*, 199 F.3d 270, 272-73 (5th Cir. 2000) citing *Transworld Airlines, Inc. v. Hardison*, 432 U.S. 63 at 84 (1977); *Brener v. Diagnostic Center Hosp.*, 671 F.2d 141, 146 (5th Cir. 1982).

[58] Art. I, §§ 1 et seq., Fla. Const. Art. I, § 2, Fla. Const., providing that all natural persons, female and male alike, are equal before the law and have inalienable rights, among which are the right to enjoy and defend life and liberty, to pursue happiness, to be rewarded for industry, and to acquire, possess and protect property, except that the ownership, inheritance, disposition, and possession of real property by aliens ineligible for citizenship may be regulated or prohibited by law, and that no person shall be deprived of any right because of race, religion, national origin, or physical disability.

therapies which alter cell behavior at the micro-cell biological level. These vaccines change DNA and RNA functions within the cell; and thereby modify the genetic make-up. Plaintiffs maintain they do not believe it permissible to fundamentally change the genetic design that God imparted within them.

96.  As fetal tissues were integral in the vaccines' development, this also violates many Plaintiffs' sincerely held religious beliefs. By way of further explanation, in their early development, fetal tissues were used to test that the mRNA worked as intended; ergo, but for the use of fetal tissue, the vaccines would not exist. As uncovered in Congressional investigations and hearings[59], bio-procurement companies sold fetal tissues; and numerous actors within the abortion industry had committed systemic violations of same. In short, Plaintiffs do not believe they should support or engage in a practice that relates to, or could reward an industry where the fetal tissues from unborn, human children have been monetized.

97. Other beliefs shared by Plaintiffs common with other Christians[60] which demonstrate the sincerity of their beliefs and why Plaintiffs maintain they have

---

[59] *See* Select Investigative Panel of the Energy & Commerce Committee, FINAL REPORT (Dec. 30, 2016); Majority Staff Of S. Comm. On The Judiciary, 114TH CONG., Human Fetal Tissue Research: Context And Controversy, S. DOC. NO. 114-27 (2d Sess. 2016).
[60] *See* other similarly shared Christian beliefs in the U.S. District Ct. for District of Colombia; Case 1:21-cv-02484

the right to opt out of employer-mandated vaccines include: (i) Vaccination is not morally obligatory so therefore, such decision must be voluntary; (ii) The Lord is all powerful and can protect and heal them if that is His will; (iii) there is a general moral duty to refuse the use of medical products, including certain vaccines, that are produced using human cells lines; (iv) a person's informed judgments about the proportionality of medical interventions are to be respected unless they contradict authoritative Christian moral teachings; and (v) a Christian is morally required to obey his or her sure conscience.

98.   Delta is impermissibly punishing Plaintiffs and their colleagues

99.   Plaintiffs have witnessed and/or have knowledge of co-workers who have experienced vaccine-related injuries and/or side effects. Plaintiffs have their own first-hand knowledge and experience of an increase in stress-related mistakes and errors occurring at the workplace in critical areas due to the increased stress load that the vaccine coercion has caused among those reluctant to take one of the COVID-19 vaccines; or do not want to be subjected to repeated PCR test or discriminatory masks practices.

## CLASS ALLEGATIONS

100. Plaintiffs seek relief in their individual capacity and to represent a class consisting of all others similarly situated seeking certification of a class pursuant to Federal Rule of Civil Procedure 23(a) and (b)(2) and/or (b)(3) as defined as:

   a.  All persons subject to employer COVID-19 vaccination coercion or mandates; and/or any and all coercive, employment practices or medical products related to same. This includes PCR testing; proof of vaccination or vaccine passports; and/or mask policies.

   b.  All persons who have been harmed by Pfizer vaccines or products.

101. *Numerosity.* Fed. R. Civ. P. 23(a)(1). The potential members of the Class are defined and so numerous that joinder of all members is unfeasible and not practicable. While the precise number of Class members has not been determined at this time, Plaintiff is informed and believes there are over 160 million people who are directedly affected by employer or government mandates.

102. *Commonality.* Fed. R. Civ. P. 23(a)(2) and (b)(3). There are questions of law and fact common to the Class, which predominate over any questions affecting only individual Class members. These common questions of law and fact include, without limitation: Whether government and/or employer COVID-19 vaccine

mandates and similarly related products are unlawful or unconstitutional; whether employers can coerce their employees to take a vaccine or engage in discriminatory practices with other EUA or COVID-19 related medical products; whether the laws, rules, or regulations pertaining to the pharmaceutical companies immunity like Pfizer are unlawful and/or unconstitutional; whether the Court can hear causes of action under Nuremberg; and the nature of the relief, including equitable relief, to which Plaintiff and the Class members are entitled.

103. *Typicality*. Fed. R. Civ. P. 23(a)(3). Plaintiffs' claims are typical of the claims of the Class. Plaintiffs and all class members have been exposed to Government and/or employer COVID-19 vaccine mandates and similarly-related products; as well as, to disparate treatment arising out of COVID-19.

104. *Adequacy of Representation.* Fed. R. Civ. P. 23(a)(4). Plaintiffs will fairly and adequately represent and protect the interests of the members of the Class. Plaintiffs' Counsel is competent and has experience in litigating class actions.

105. *Superiority of Class Action.* Fed. R. Civ. P. 23(b)(3). A class action is superior to other available methods for the fair and efficient adjudication of this controversy since joinder of all the members of the Class is impracticable. Furthermore, the adjudication of this controversy through a class action will avoid

the possibility of inconsistent and potentially conflicting adjudication of the asserted claims. There will be no difficulty in the management of this action as it applies universally to all persons the same and subject to vaccine coercion tactics and mandates; and the same laws which provide vaccine manufactures immunity.

106. *Injunctive and Declaratory Relief.* Fed. R. Civ. P. 23(b)(2). Defendant's actions are uniform to all members of the Class. Defendant has acted or refused to act on grounds that apply generally to the Class, so that final injunctive relief or declaratory relief is appropriate with respect to the Class as a whole.

<u>**COUNT I**</u>

*28 U.S.C. §§2201-02*

**Declaratory Action Mandates are Unlawful and Pfizer (Vaccine Manufactures) is Not Entitled to Immunity as Both Practices are Unconstitutional**

107. Plaintiffs allege and incorporate by reference allegations 1-106 as if fully set forth herein.

108. All conditions precedent or antecedent have been satisfied or waived; or are unnecessary or not required prior to bringing this action.

109. Fifty-seven (57) years ago the Supreme Court in *Griswold* (1965) stated that it does not "sit as a super-legislature to determine the wisdom, need, and propriety of laws that touch economic problems, business affairs, or social conditions" on laws pertaining to "intimate relation[s] of husband and wife *and their physician's role*" regarding contraception; and indeed, they shouldn't. *Griswold v. Connecticut*, 381 U.S. 479, 482 2d 510 (1965). Likewise, it is not the Court's, federal government's, or a private institution's role to be involved in a person's decision whether to receive a COVID-19 inoculation, wear a mask, or undergo a PCR test – emergency use authorized ("EUA") or otherwise.

110. The Ninth Amendment states "the enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people" which the Supreme Court has recognized in fundamental rights such as

privacy, procreation, parenting, contraception, and abortion. *See, e.g., Eisenstadt v. Baird*, 405 U.S. 438 (1972); *Loving v. Virginia*, 388 U.S. 1 (1967); *Griswold v. Connecticut*, 381 U.S. 479 (1965); *Skinner v. Oklahoma ex rel. Williamson*, 316 U.S. 535 (1942); *Pierce v. Society of Sisters of the Holy Name of Jesus and Mary*, 268 U.S. 510 (1925). In its application, however, courts have held these unenumerated rights are protected by the Due Process Clause of the Fourteenth Amendment – not those "retained by the people" under the Ninth. For example, in *Meyer*:

> The problem for our determination is whether the statute as construed and applied unreasonably infringes the liberty guaranteed to the plaintiff in error by the Fourteenth Amendment: 'No state shall deprive any person of life, liberty or property without due process of law.'
>
> While this court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home and bring up children, to worship God according to the dictates of his own conscience, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by free men.

*Meyer v. Nebraska*, 262 U.S. 390, 399 (1923).

111. Plaintiffs appreciate the judicial axiom that Congress nor the Supreme Court "hides elephants in mouseholes[61];" however, it begs the question why since *Griswold*, the Court has sparsely applied the Ninth Amendment;[62] and notably, *never decided any case exclusively on Ninth Amendment grounds* (emphasis added). Aside from the fact the Ninth Amendment affords courts wide latitude to recognize unenumerated fundamental rights (like forced inoculations or unwanted medical care), courts have ostensibly been reluctant to use, analyze, or acknowledge the Amendment in its decisions.

112. The U.S. Supreme Court has made clear that individual rights not listed in the Constitution are affirmatively recognized only if they are deemed fundamental; but the courts have used the Fifth and Fourteenth Amendments of the Constitution to prevent federal and state governments from depriving people of their liberty interests in unenumerated rights without due process of law rather than hinging its analysis on the Nineth Amendment like in *Meyer* noted above. *See also Washington v. Glucksberg*, 521 U.S. 702, 719-20 (1997). By way of further

---

[61] *See e.g., Whitman v. Am. Trucking Associations*, 531 U.S. 457 (2001); *MCI Telecommunications Corp. v. American Telephone & Telegraph Co.*, 512 U.S. 218 (1994); *FDA v. Brown & Williamson Tobacco Corp.* 529 U.S. 120 (2000).

[62] As noted by A. Kruschke, on merely twenty (20) other occasions. *See generally* Allison N. Kruschke, *Finding A New Home for the Abortion Right Under the Ninth Amendment*, 12 ConLawNOW 128, 129 (2020) (for a well-written and diligently researched essay how the Ninth Amendment applies to abortion rights).

illustration, eight (8) years after *Griswald* (1965) wad decided, the Supreme Court in *Roe v. Wade* 410 U.S. 113 (1973) struck down a Texas abortion law chiefly on the grounds it was violative of a woman's right to privacy under the Fourteenth Amendment just like in *Planned Parenthood of Southeastern Pennsylvania v. Casey*, 505 U.S. 833, 846-47 (1992) almost two (2) decades later – with only terse, unelaborated reference of the Nineth Amendment in the majority opinions.

113. While the Due Process Clause analyses certainly have their place in determining whether certain rights have been abridged, and it is irrefutable the decisions of *Roe* (1973) and *Casey* (1992) have had a significant impact on American jurisprudence, the question remains unanswered as to why the Supreme Court did not elaborate upon the Nineth Amendment in these decisions nor ever decided a case solely on its grounds. Plaintiffs submit there are *numerous* Constitutional and statutory reasons mandatory, procedures like COVID-19 vaccines and medical diagnostics like PCR test are unlawful as discussed throughout; however, Plaintiffs **are explicitly asking the Court to find and/or address that these EUA products like the COVID-19 vaccines and mandates are unconstitutional on Nineth Amendment grounds**; as well as, those others reasons contained herein.

114. Perhaps Courts are reluctant to rule solely on Nineth Amendment grounds in fear of the proverbial floodgates opening of courts supplanting (or appearance of) the ethos and fabric of American morals and values when their job of course is to interpret law – a righteous justification. That said, however, the founders of our Constitutional Republic did not arbitrarily decide to incorporate the Nineth Amendment – there was a purpose. In fact, unlike the other provisions in the Bill of Rights, the Ninth Amendment had no predecessor in Old English Common Law; it emanated from the original framers and drafted who ultimately ratified the Constitution. In short, the Nineth amendment served a purpose and was included in the Constitution for a reason.

115. The Ninth Amendment was ratified in 1791 as an outgrowth of a disagreement between the Federalists and the Anti-Federalists over the importance or necessity of attaching a Bill of Rights to the Constitution. When originally drafted by the Framers in 1787, it contained no Bill of Rights and the Anti-Federalists were up in arms opposing its ratification because they believed the Constitution conferred too much power on the federal government (emphasis added)[63]. Put another way, the Anti-Federalist did not want to swap out one king

---

[63] See e.g., Alexander Hamilton, The Federalist No. 84.

for another; so, a Bill of Rights was the solution to serve as an additional constraint backdrop against tyrannical despotism.

116.  The Federalists, on the other hand, supported ratification of the Constitution *without a Bill of Rights* believing that any enumeration of fundamental liberties was unnecessary and dangerous. The Federalists contended that a Bill of Rights was unnecessary because in their view the federal government possessed only limited powers that were expressly delegated to it by the Constitution. They believed that all powers not constitutionally delegated to the federal government were inherently reserved to the people and the states. Nowhere in the Constitution, the Federalists pointed out, is the federal government given the power to trample on individual liberties (which should remain true today). The Federalists feared that if the Constitution were to include a Bill of Rights that protected certain liberties from government encroachment, an inference would be drawn that the federal government could exercise an implied power to regulate such liberties.

In the seminal *Marbury v. Madison* case, for the first time, the Supreme Court ruled an act of Congress is unconstitutional. In *Marbury*, Chief Justice John Marshall reasoned that since it is the duty of a court in a lawsuit to declare the law, and since the Constitution is the supreme law of the land, where a rule of statutory

law conflicts with a rule of the Constitution, then the law of the Constitution must prevail as it is the highest authority. *Marbury v. Madison*, 5 U.S. 137, 149, 2 L. Ed. 60 (1803); *United States v. Cruikshank*, 92 U.S. 542, 550–51, 23 L. Ed. 588 (1875).

117. The Ninth Amendment affords the Court a way to recognize protected rights using principals of natural law as contemplated by the Founders to recognize there is private conduct worthy of constitutional protection and acknowledgment that the Ninth Amendment affords these rights to the people. The Ninth Amendment reads: "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people." This amendment and the rest of the Bill of Rights were the result of vigorous debate among the Constitutional Founders as to whether enumerating certain rights within the Constitution was necessary to protect citizens' unalienable or God-given rights; while simultaneously recognizing that "absolute freedom" is not a realistic, viable option; there must be a social compact or a sort of "controlled freedom" to promote or foster a more perfect union.

118. Similar to the Second Amendment, the Ninth Amendment's language is simple and straight forward – its purpose was to protect unenumerated rights from government intrusion. Relevant here, this includes (1) forcing unwanted

medical care like the COVID-19 vaccines, PCR tests, or masks upon persons in America (whether imposed by the Government or private sector) and (2) those laws which give pharmaceutical companies immunity who are knowingly creating products which harm those whom they are administered or who skirt, abuse, or short-circuit the processes for drug/vaccine approval.

119. There is no ambiguity: the Nineth amendment expresses that there are rights reserved to the people that are not enumerated in the Constitution; and whether one is pro-vaccine or anti-vaccine, the spirit of the Constitution and what our Founders and current Armed Forces fight for to this day is each American's right to make a meaningful choice with proper, informed consent. Barring extraordinary, *very rare* circumstances (not present here with SARS-CoV-2 virus or COVID-19 disease), neither the federal or state government, nor an employer (public or private) or any other person ought to be permitted to force another to take a vaccine or other medical procedure. *See Tibbetts v. Olson*, 91 Fla. 824, 108 So. 679 (1926) ("Constitution is designed to prescribe and limit governmental powers and to secure individual rights against unlawful invasion by public officers or by private parties."); *see also Cawthon v. Town of De Funiak Springs*, 88 Fla. 324, 102 So. 250 (1924). In a similar vein, Congress cannot pass legislation – laws *supposed* to

serve the people – which protect the pharmaceutical industry who are manufacturing and distributing products harming and killing the very people these laws purport to serve.

120. It follows, that the Founders intended the Ninth Amendment to effectively bridge the gap for all fundamental, inalienable rights; all of which could not possibly be enumerated in one document, so as to ensure that all inherent, God-given rights would be recognized by the courts. Therefore, the Constitution and its amendments must be read in pari materia with one another using practical experience consistent with its intention. *Erlenbaugh v. United States*, 409 U.S. 239, 243–44 (1972). *See e.g.,* U.S. Const. amend. X and *Jacobson v. Commonwealth of Massachusetts*, 197 U.S. 11, 37 (1905) (for proposition health, safety, and morals are to be left to the states; with the Nineth Amendment available to fill the gap to any such laws a state might pass inconsistent with America's values as outlined in the Preamble below). That is, they should "be construed as if they were one law" consistent with the Constitution's purpose which the Founders left no ambiguity in the Constitution's Preamble:

> WE THE PEOPLE of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to

ourselves and our Posterity, do ordain and establish this CONSTITUTION for the United States of America.

*Id.*; *see also United States v. Freeman*, 3 How. 556, 564, 11 L.Ed. 724 (1845); *see, e.g., United States v. Stewart*, 311 U.S. 60, 64 (1940); *Estate of Sanford v. Commissioner of Internal Revenue*, 308 U.S. 39, 44 (1939).

121. There is a bona fide, actual, present practical need for this declaration as Plaintiffs and their colleagues (along with many other Americans) do not want to take a COVID-19 vaccine or be coerced into taking same. If Plaintiffs are having to choose between their livelihood or taking an experimental vaccine, Plaintiffs and those similarly situated should know whether or not they have a legal vehicle or opportunity to seek recourse against Pfizer or any of the other vaccine manufacturers so that they can make an informed decision.

122. As there is nothing about mandatory, medical products or procedures like the COVID-19 vaccines, PCR test, or masks; or affording pharmaceutical companies' near care-blanche immunity via the National Childhood Vaccine Injury Act of 1986; the Public Readiness and Emergency Preparedness Act (PREP Act); the Countermeasures Injury Compensation Program (CICP) / National Vaccine Injury Compensation Program (VICP) (which takes away a victim/American's right to a jury trial or have their grievance heard in court);

Coronavirus Aid, Relief, and Economic Security Act (CARES Act); Section 546 of the Food, Drugs and Cosmetics Act (or "FDCA"); Public Health Service Act ("PHSA"); President Biden's September 09, 2021, Executive Orders No. 14042 and 14043; the Pandemic and All-Hazards Preparedness Reauthorization Act (PAHPRA) including all amendments thereto that is consistent with the purpose and spirit of the Constitution, Plaintiffs seek the Court to strike and declare these acts and legislation unconstitutional.

WHEREFORE, Plaintiffs, on behalf of themselves and all others similarly situated, respectfully pray for the following relief:

A. That the Court issue a temporary restraining order and/or preliminary injunction, followed by a permanent injunction, restraining and enjoining private employers including Delta; as well as, the government (federal and state; as well as, its agencies), including their officers, agents, employees, and attorneys, and all other persons in active concert or participation with them, from mandating or coercing COVID-19 vaccines, PCR Test, or Masks; and deem such practices unlawful and contrary to common law[64] and the United States Constitution including but not limited to the Nineth; Tenth; and Fourteenth Amendment:

---

[64] The common law **baseline** is also a relevant touchstone out of which grew the relevant constitutional law. *See, e.g., Cruzan v. Dir., Mo. Dep't of Public Health*, 497 U.S. 261, 278 (1990) ("'At

B.   Order that any employees who were unlawfully terminated, forced to quit, punished (monetarily or fired), or coerced into retirement be reinstated if they choose and compensated accordingly to statutory and equitable principals;

C.   Declare that neither the federal government; nor employers (public, private or otherwise); nor any other persons can usurp state-authority as it relates to its citizens health, safety, and morals;

D.   Declare that mandatory, medical products or procedures like the COVID-19 vaccines, PCR test, or masks; and/or pharmaceutical companies like Pfizer near care-blanche immunity via the National Childhood Vaccine Injury Act of 1986; the Public Readiness and Emergency Preparedness Act (PREP Act); the Countermeasures Injury Compensation Program (CICP) / National Vaccine Injury

---

common law, even the touching of one person by another without consent and without legal justification was a battery'); *Schloendorff v. Society of N.Y. Hosp.*, 211 N.Y. 125, 129-130 (1914) (Cardozo, J.) ('Every human being of adult years and sound mind has a right to determine what shall be done with his own body; and a surgeon who performs an operation without his patient's consent commits an assault, for which he is liable in damages.'). Subsequent Supreme Court decisions have made explicit that the Constitution protects a person's right to "refus[e] unwanted medical care." Cruzan, 497 U.S. at 278; *King v. Rubenstein*, 825 F.3d 206, 222 (4th Cir. 2016) (recognizing same). This right is "so rooted in our history, tradition, and practice as to require special protection under the Fourteenth Amendment." *Washington v. Glucksberg*, 521 U.S. 702, 722 n.17 (1997). The Court has explained that the right to refuse medical care derives from the "well-established, traditional rights to bodily integrity and freedom from unwanted touching." *Vacco v. Quill*, 521 U.S. 793, 807 (1997). Coercing employees to receive an EUA vaccine for a virus that presents a near-zero risk of illness or death to them and which they are exceedingly unlikely to pass on to others, violates the liberty and privacy interests that the Ninth and Fourteenth Amendments. *Washington v. Harper*, 494 U.S. 210, 229 (1990) (A "forcible injection … into a nonconsenting person's body represents a substantial interference with that person's liberty[.]").

Compensation Program (VICP) (which takes away a victim/American's right to a jury trial or have their grievance heard in court); Coronavirus Aid, Relief, and Economic Security Act (CARES Act); Section 546 of the Food, Drugs and Cosmetics Act (or "FDCA"); Public Health Service Act ("PHSA"); President Biden's September 09, 2021, Executive Orders No. 14042 and 14043; the Pandemic and All-Hazards Preparedness Reauthorization Act (PAHPRA) including all amendments is repugnant to the purpose, spirit, and letter of the Constitution; seek the Court to strike and declare these acts and legislation unlawful and/or unconstitutional;

E.   That this Court adjudge, decree, and declare the rights and other legal obligations and relations within the subject matter here in controversy so that such declaration shall have the full force and effect of final judgment;

F.   Award Plaintiffs all reasonable fees and costs; and attorney fees;

G.   Grant such other relief it deems just, proper, and equitable under the circumstances.

## COUNT II
### *Violations of the Nuremberg Code and/or Conspiracy to Violate Same*[65]
### On behalf of Plaintiffs and Others Similarly Situated
### (Delta and Pfizer – "Defendants")

123. Plaintiffs reallege and incorporate paragraphs 1-122 above and the paragraphs below as though set forth in this count.

124. Following the Doctors' Trial (the "Medical Case")[66], "The Nuremberg Code" was issued as a summary of the legal requirements for experimentation on humans. Therein, it is maintained, and for good reason, in light of the atrocities committed by the Nazi regime, that the rights of the individual cannot be denied for the desire of the collective. Defendants themselves, and acting in concert with their co-conspirators violated Nuremberg's Code against Plaintiffs.

---

[65] For the proposition corporations can be held accountable under Nuremberg and/or Helsinki Accords, *see generally Sosa v. Alvarez–Machain*, 542 U.S. 692, 724 (2004); *Abdullahi v. Pfizer,* 562 F.3d 163, 172 (2d Cir. 2009); *Aldana v. Del Monte Fresh Produce, Inc.*, 416 F.3d 1242 (11th Cir.2005); *Romero v. Drummond Co., Inc*., 552 F.3d 1303, 1315 (11th Cir. 2008) ("[t]he text of the Alien Tort Statute provides no express exception for corporations, see 28 U.S.C. § 1350, and the law of this Circuit is that this statute grants jurisdiction from complaints of torture against corporate defendants."); *Aldana v. Del Monte Fresh Produce, N.A. Inc*., 416 F.3d 1242 (11th Cir. 2005); *The Nuremberg Trial*, 6 F.R.D. 69, 110 (1946)("crimes against international law are committed by men, not by abstract entities, and only by punishing individuals who commit such crimes can the provisions of international law be enforced."); *see also* Article 9 of the Charter of the International Military Tribunal at Nuremberg authorizing the Tribunal to designate any group or organization as a criminal organization, and in fact did so. The Nuremberg Trial, 6 F.R.D. at 190-246.

[66] Twenty of the 23 defendants were doctors, charged chiefly with "crimes against humanity" through the "killing or maiming of vast numbers of persons through medical experimentation." J. Appleman, Military Tribunals and International Crimes 141 (1954).

125.  The Nuremberg Code, like the Helsinki Accords, establish universally recognized norms for international law[67] or jurisdiction permitting Plaintiffs to aver violations of same against Defendants[68].

126.  The First Nuremberg Code states:

> The voluntary consent of the human subject is absolutely essential. This means that the person involved should have legal capacity to give consent; should be so situated as to be able to exercise free power of choice, without the intervention of any element of force, fraud, deceit, duress, overreaching, or other ulterior form of constraint or coercion; and should have sufficient knowledge and comprehension of the elements of the subject matter involved as to enable him to make an understanding and enlightened decision. This latter element requires that before the acceptance of an affirmative decision by the experimental subject there should be made known to him the nature, duration, and purpose of the experiment; the method and means by which it is to be conducted; all inconveniences and hazards reasonably to be expected; and the effects upon his health or person which may possibly come from his participation in the experiment.

---

[67] *See generally Filartiga v. Pena–Irala*, 630 F.2d 876 (2d Cir.1980); *The Paquete Habana*, 175 U.S. 677, 708 (1900) (describing a rule of international law as one reached by "general consent of the civilized nations of the world" and "founded on considerations of ... the mutual convenience of belligerent states"); *see also* influences apparent in the passing of the U.N. Charter, U.N. Declaration of Human Rights, and establishing a framework for various international criminal tribunals such as the International Criminal Tribunal for the Former Yugoslavia and the International Criminal Tribunal for Rwanda.

[68] Preamble: The great weight of the evidence before us to effect that certain types of medical experiments on human beings, when kept within reasonably well-defined bounds, conform to the ethics of the medical profession generally. The protagonists of the practice of human experimentation justify their views on the basis that such experiments yield results for the good of society that are unprocurable by other methods or means of study. All agree, however, that certain basic principles must be observed in order to satisfy moral, ethical and legal concepts:

127. For the reasons stated throughout this complaint, Defendants themselves and in collusion or acting in concert with the manufactures and federal government, have violated every bit of the First Nuremberg Code.

128. By way of nonlimiting examples, with Delta's coercion with the incentives/disincentives, and the misinformation, disinformation, and fraud perpetuated by Pfizer, Plaintiffs and their colleagues are not afforded the "essential voluntary consent" as required to determine whether or not they want to take an EUA product. Information is being withheld as to the contents of the vaccine, the data has been manipulated or manufactured; and the approval process was skirted, truncated, and/or not done properly. Delta is forcing its employees to choose between their livelihoods and families' well-being or be penalized for taking an EUA vaccine and be subject to discriminatory PCR testing and mask practices. Defendants have and continue to use incentives and disincentives, as well as, fraudulent statements and deceit to coerce Plaintiffs and Americans to take the Covid vaccines and PCR test.

129. Many of Plaintiffs' colleagues succumbed to taking the experimental drug because of Defendants' fraud, deceit, and duress; and none of the employees (Plaintiffs included) have been supplied the requisite or sufficient knowledge or

information as to what the vaccines do, what they are comprised of, and whether there are reasonable alternatives.

130. The Vaccines are being pushed at the expense of other effective solutions.

131. Defendants have wielded unconscionable ultimatums with conjured data and statistics to unlawfully promote the vaccines, PCR test, and masks on behalf of the manufactures, and the federal government has provided Defendants the mantle of authority to do so through President Biden's edicts and other government agencies' unlawful pronouncements. Robust amount of private and public data exists that show the vaccines can cause significant harms including death; yet Defendants and the federal government wholly refuse or inadequately disclose the possible inconveniences, hazards, or effects upon the Plaintiffs or Americans' health.

132. The Second Nuremberg Code states: "The experiment should be such as to yield fruitful results for the good of society, unprocurable by other methods or means of study, and not random and unnecessary in nature." Defendants themselves and in collusion or acting in concert with the federal government have violated this code for the reasons provided in the complaint.

133. By way of further illustration and example, Pfizer did not complete the studies as required by law – ergo, assuming the immunity, liability legislation was lawful (which it is not), Pfizer would not be entitled to said protection because their studies, data, and products did not comport with the laws. So whether the laws themselves are constitutional, Pfizer is not entitled to immunity.

134. This code was further violated as there are numerous, other methods that have been found to be significantly more effective in treating Covid (i.e., ivermectin, hydroxychloroquine, zinc, etc…) than the vaccines; but none of these other methods or options were advanced or proposed to combat the virus. Rather, these safer, more efficient options have and continue to be suppressed by Defendants and the government which are clearly violative of the second code.

135. The Third Nuremberg Code states: "The experiment should be so designed and based on the results of animal experimentation and a knowledge of the natural history of the disease or other problem under study that the anticipated results justify the performance of the experiment." Defendants themselves and in collusion or acting in concert with the federal government, have violated this code for the reasons provided in the complaint.

136. By non-limiting example, this code was violated as the knowledge and origin of SARS-COV-2 virus and COVID-19 disease was and is still debated ranging from the illness arising from bats via wet-markets in China to a bio-weapon emanating from same – yet the EUA products were forced upon the American people and in record time. As detailed and described by Dr. Smith, these animal trials were not completed and her study of the disease clearly states that the natural history of the disease was never considered or willfully ignored; which Plaintiffs allege is to further coerce and unlawfully promote this harmful experiment. As noted above, Pfizer did not follow protocols during their testing and the process was truncated or wholly circumvented in the name of profit or perhaps something far more nefarious.

137. The Fourth Nuremberg Code states: "The experiment should be so conducted as to avoid all unnecessary physical and mental suffering and injury." Defendants themselves and in collusion or acting in concert with the federal government have violated this code for the reasons provided throughout this complaint.

138. For example, forcing Plaintiffs and their colleagues to choose between their livelihoods and taking experimental EUA vaccines and forcing employees to

repeatedly take EUA PCR test cause unnecessary physical and mental suffering and injury. The VAERS and WHO data coupled with Lieutenant Colonel Long's experience in the U.S. Armed Forces and Plaintiffs' witnessing pilots becoming incapacitated mid-flight evidences unnecessary physical and mental suffering and injury consider there is roughly a 99.6% survival rate; and alternative, available medicines which prove more effective and less harmful than the vaccines.

139. Additionally, Plaintiffs are under severe, mental distress as they are uncertain what may happen to them in the near future or long term should they take one of the vaccines as the side effects and impact is unknown and undefined. Like many employees, those who were inoculated did not want to but felt coerced into doing so, and now that they have taken the EUA vaccine, it has compounded the stress and angst.

140. The Fifth Nuremberg Code states: "No experiment should be conducted where there is an a priori reason to believe that death or disabling injury will occur; except, perhaps, in those experiments where the experimental physicians also serve as subjects." Defendants themselves and in collusion or acting in concert with the federal government have violated this code for the reasons provided in the complaint.

141. For instance, the VAERS data and numerous, public reports show that death and disabling injury is far too frequent and occur; and yet Defendants have and continue to convey false information like persons are more likely to die if they do not take the vaccine when that is demonstrably untrue. Likewise, the "physicians" or in this case, Delta, the government, and vaccine manufactures are expressly not requiring themselves or those working for them to take the vaccine in violation of the Fifth Nuremberg Code.

142. The Sixth and Seventh Nuremberg Codes read respectively: "The degree of risk to be taken should never exceed that determined by the humanitarian importance of the problem to be solved by the experiment;" and the "Proper preparations should be made and adequate facilities provided to protect the experimental subject against even remote possibilities of injury, disability or death." Defendants themselves and in collusion or acting in concert with the vaccine manufactures and federal government, have violated these codes for the reasons provided throughout the complaint.

143. For instance, it has been proven that the survivability of Covid is over 99% for Plaintiffs and for most of humanity; yet Defendants have lied to their employees and the public with false facts designed to coerce and force unneeded

vaccination and testing while suppressing medications that could cause this pandemic to cease in existence. To the contrary, the vaccines have exacerbated and prolonged the problem as explained by Dr. Smith and studies across the world. And no preparations have been made or adequate facilities provided to protect United's employees against even remote possibilities of injury, disability or death; instead for example, the information that could save their lives has been supplanted with misinformation or suppressed.

144. The Eighth Nuremberg Codes states: "The experiment should be conducted only by scientifically qualified persons. The highest degree of skill and care should be required through all stages of the experiment of those who conduct or engage in the experiment." Defendants themselves and in collusion or acting in concert with the federal government, have violated this code for the reasons provided throughout the complaint.

145. This clearly was not done here as the processes, safeguards, and protocols were permitted to be skirted, inadvertently neglected, or wholly ignored when it came to the production, manufacturing, and distribution of the vaccine. From improper double-blind studies to conjured data, statistics, and results, this is clearly violative of the Nuremberg Code.

146.  Those at Delta, for instance, who are promoting the Covid vaccines and PCR testing on its employees are not qualified to render these experiments or advice. In fact, many of Plaintiffs' and their colleagues' treating physicians (along with the affiants attached hereto) and doctors have recommended they <u>not</u> take the vaccine and repeated tests; which is what makes this so troubling as Delta and its co-conspirators are effectively attempting to take the place of its employees' doctors. Even with the caveat of, "per the CDC", this is a clear violation of this Code.

147.  The Nineth and Tenth Nuremberg Codes state:

> During the course of the experiment the human subject should be at liberty to bring the experiment to an end if he has reached the physical or mental state where continuation of the experiment seems to him to be impossible. During the course of the experiment the scientist in charge must be prepared to terminate the experiment at any stage, if he has probable cause to believe, in the exercise of the good faith, superior skill and careful judgment required of him, that a continuation of the experiment is likely to result in injury, disability, or death to the experimental subject.

148.  Defendants themselves and in collusion or acting in concert with the federal government have violated these codes for the reasons provided throughout the complaint.

149.  For instance, the fact the EUA vaccines (and PCR tests in the past and in the future) have been mandated or that Delta is coercing its employees while not

allowing proper accommodations or exemptions is violative of the code. Delta's "options" are still coercive and unlawful under Nuremberg. As both an employer and state actor, Delta has prayed on the physical and mental well-being of its employees through unlawful coercion and duress on Plaintiffs and their colleagues who do not want to participate in this experiment.

150. United clearly violates these Nuremberg tenets by ignoring the VAERS and WHO data, the numerous public and private studies (see attached statements), and even its own employees' reports of the issues. Nothing of what United and its co-conspirators are doing in respect to this pandemic and EUA products is in good faith or being carried out with careful, professional judgment.

151. In light of the overwhelming scientific and medical evidence/data demonstrating the EUA products do not serve the purpose which they espouse and/or do more harm than good, Plaintiffs begrudgingly submit that the reason Defendants and the federal government/agencies are unlawfully promoting and mandating these EUA products is for malevolent and nefarious purposes. Bluntly, Plaintiffs surmise these entities are intentionally trying to harm/kill them and the American people for profit or both.

WHEREFORE, Plaintiffs respectfully request the Court enter judgment in its favor against Delta and Pfizer and pray the Court:

A.   Declares that the Court has jurisdiction or authority to adjudicate this Count and hear violations of international law and crimes against humanity;

B.   Declares that Defendants actions and practices violate the Nuremberg Codes, common law, and/or constitute crimes against humanity; and issue a temporary restraining order and/or preliminary injunction, followed by a permanent injunction to enjoin United from continuing to violate same and order the immediate cessation of these employment practices;

C.   Order that those employees who were unlawfully terminated or coerced into resigning or into retirement be reinstated if they choose;

D.   Award Plaintiffs all damages afforded by law, including back pay, reinstatement or front pay, pre-judgment and post-judgment interest, actual damages; general damages; punitive damages, and compensatory damages;

E.   Award Plaintiffs all reasonable fees and costs;

F.   Award relief this Court may deem just and proper, including but not limited to an award of Plaintiffs' costs, fees, attorneys' fees;

G.   Any and all other relief this Court finds just and proper.

Respectfully Submitted,

**<u>FERGUSON LAW, P.A</u>**.
Attorney for Plaintiffs
1 East Broward Blvd. Suite #700
Fort Lauderdale, Florida 33301
T – (954) 256 – 5646
F – (954) 256 – 5655
E-Mail: Wayne@FergusonLawPA.com

*<u>/s/ Kenneth W. Ferguson</u>*
Kenneth W. Ferguson, Esq.
Fla Bar No.: 98950

~Psalm 23~