**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOSEPH PATRICK and JERRICKA
KELLY, on behalf of themselves and
others similarly situated,

      Plaintiffs,

v.                                       Case No.   3:22-cv-171-MMH-PDB

DELTA AIRLINES, INC., et al.,

      Defendants.

## O R D E R

**THIS CAUSE** is before the Court <u>sua sponte</u>. On May 26, 2022, this Court entered an Order directing Plaintiffs to show cause by June 8, 2022, why the claims raised against Defendants should not be dismissed without prejudice for failure to prosecute. <u>See</u> Order to Show Cause (Dkt. No. 4). Plaintiffs were cautioned that failure to respond to the order may result in the dismissal of this action without further notice. <u>See id.</u> However, as of this date, Plaintiffs have failed to effect proper service upon Defendants and did not respond to this Court's Order to Show Cause.

Based on Plaintiffs' failure to respond to this Court's Order, the undersigned concludes that Plaintiffs have failed to prosecute this action.

Therefore, pursuant to Rule 41(b) and Local Rule 3.10, dismissal of this action without prejudice is appropriate. See <u>Brown v. Tallahassee Police Dept.</u>, No. 06-13131, 205 Fed. Appx. 802, 802 (11th Cir. Nov. 15, 2006). Accordingly, it is hereby

 **ORDERED:**

 1. This case is **DISMISSED WITHOUT PREJUDICE**.

 2. The Clerk of the Court is directed to terminate any remaining deadlines or pending motions as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of June, 2022.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record